**IN THE DISTRICT COURT OF THE UNITED STATES
WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| THOMAS H. BATES, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. _CIV-21-705-JD_____ |
| | ) | |
| STATE FARM FIRE AND CASUALTY | ) | (District Court of Oklahoma |
| COMPANY, | ) | County; Case No.:  CJ-2021-2627) |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

**<u>NOTICE OF REMOVAL</u>**

Pursuant to 28 U.S.C. §§ 1332, 1441, 1446; and LCvR 81.2, Defendant State Farm Fire and Casualty Company ("State Farm"), a foreign corporation, hereby removes this action to the United States District Court for the Western District of Oklahoma, which is the federal judicial district in which this action is pending. In support of this Notice, State Farm states:

1.      <u>The State Court Action</u>. Plaintiff Thomas H. Bates ("Plaintiff") commenced this action against State Farm on June 18, 2021, in the District Court of Oklahoma County, State of Oklahoma (Case No. CJ-2021-2627) (the "State Court Action").

2.      <u>Attachment of State Court Papers</u>. Pursuant to 28 U.S.C. § 1446 and LCvR 81.2, copies of the docket sheet, as well as the Petition, Summons, and Entry of Appearance by Plaintiff's counsel, which are the only papers filed in the State Court Action as of the time of this removal, are attached hereto as Exhibit 1 through Exhibit 4.

{S580618;}

3.      Removal Is Proper. Removal to this Court from the District Court of Oklahoma County, State of Oklahoma, is proper pursuant to 28 U.S.C. §§ 1332(a), 1441, and 1446 in that: (1) there is complete diversity of citizenship between Plaintiff and State Farm; (2) the amount in controversy exceeds $75,000; and (3) this Notice of Removal is filed less than thirty (30) days after the State Court Action was commenced.

## DIVERSITY OF CITIZENSHIP EXISTS

4.      Plaintiff Is a Citizen of Oklahoma: Plaintiff's Petition alleges he is a resident of Oklahoma County, State of Oklahoma. (*See* Petition, ¶ 1, Exhibit 2.)

5.      State Farm Is Not a Citizen of Oklahoma. State Farm is a foreign corporation organized and existing under the laws of the State of Illinois, with its principal places of business in Bloomington, Illinois. (*See* Exhibit 2, Petition at ¶ 2, alleging State Farm is headquartered in Illinois.)

## THE AMOUNT IN CONTROVERSY EXCEEDS $75,000

6.      In his Petition, Plaintiff alleges damages in excess of $75,000.00 (*See* Exhibit 2 at ¶¶ 4, 21 & 28, and in the "wherefore" clause at p. 7). By alleging damages in excess of $75,000.00, Plaintiff has pleaded that the amount in controversy satisfies the jurisdictional amount for diversity jurisdiction pursuant to 28 U.S.C. § 1332(a).

## STATE FARM'S REMOVAL IS TIMELY AND PROPER

7.      Removal Within Thirty Days. This Notice of Removal is timely under 28 U.S.C. § 1446(b) because it is filed within thirty (30) days after the State Court Action was filed on June 18, 2021.

8.    Notice of Filing. Written notice of the filing of this Notice of Removal will be given promptly to Plaintiff, and a copy of the Notice of Removal will be filed with the Clerk of the District Court of Canadian County, State of Oklahoma, as provided by 28 U.S.C. § 1446(d).

9.    Oklahoma County is Located Within This District. Removal to this Court is proper under 28 U.S.C. § 1441(a) because the District Court of Oklahoma County, State of Oklahoma, is located within this District. *See* 28 U.S.C. § 116(c).

WHEREFORE, the Defendant, State Farm Fire and Casualty Company, hereby removes this action to this Court and invokes this Court's jurisdiction.

Respectfully submitted,

/s/ Paula M. Williams
Lance E. Leffel, OBA No. 19511
Paula M. Williams, OBA No. 30772
**GABLEGOTWALS**
Fifteenth Floor
One Leadership Square
211 North Robinson
Oklahoma City, OK  73102-7101
(405) 235-5500 (ph) (405) 235-2875 (fax)
lleffel@gablelaw.com
pwilliams@gablelaw.com

***Attorneys for Defendant, State Farm Fire and Casualty Company***

{S580618;}                                              3

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2021, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

Brad Miller, OBA No. 11437
J. Logan Johnson, OBA No. 12722
Shawna L. Landeros, OBA No. 31637
MILLER JOHNSON JONES ANTONISSE & WHITE, PLLC
500 NW 6th Street, Suite 300
Oklahoma City, Ok 73102-1219
Tele: (405) 896-4388; Fax: (405) 609-2995
Email: Bmiller@Mjjaw.Com
Ljohnson@Mjjaw.Com
Slanderos@Mjjaw.Com

**Attorneys for Plaintiffs**

*/s/ Paula M. Williams*

{S580618;}                                        4