7688

RECEIVED
OKLAHOMA INSURANCE DEPARTMENT

IN THE DISTRICT COURT IN AND FOR OKLAHOMA COUNTY
STATE OF OKLAHOMA

JUN 24 2021

Legal Division

THOMAS H. BATES,

                 Plaintiff,

v.

STATE FARM FIRE AND CASUALTY
COMPANY,

                 Defendant.

CJ-2021-2627

Case No.

## SUMMONS

To the above-named Defendant:      State Farm Fire and Casualty Company

You have been sued by the above-named Plaintiff, and you are directed to file a written Answer to the attached Petition in the Court at the above address within twenty (20) days after service of this Summons upon you, exclusive of the day of service. Within the same time, a copy of your Answer must be delivered or mailed to the attorney for the Plaintiff.

Unless you answer the Petition within the time stated, judgment will be rendered against you with costs of this action.

Issued this __18__ day of __June__, 2021.

RICK WARREN, COURT CLERK

By: _____
Deputy Court Clerk

**(SEAL)**

Attorneys for Plaintiff:
Brad Miller, OBA #11437
J. Logan Johnson, OBA #12722
Shawna L. Landeros, OBA #31637
Miller, Johnson, Jones, Antonisse & White, PLLC
500 NW 6th St., Suite 300
Oklahoma City, OK 73102-1219
Phone: (405) 896-4388
Fax: (405) 609-2995

This summons was served on _____

_____
Signature of person serving Summons

**YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OR YOUR ANSWER. SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT AN ANSWER MAY BE FILED WITHIN THE TIME LIMIT STATED IN THE SUMMONS.**

**EXHIBIT 3**