IN THE DISTRICT COURT IN AND FOR OKLAHOMA COUNTY
STATE OF OKLAHOMA

THOMAS H. BATES,

                           Plaintiff,

v.

STATE FARM FIRE AND CASUALTY
COMPANY,

                           Defendant.

**CJ-2021-2627**

Case No. FILED IN DISTRICT COURT
OKLAHOMA COUNTY

JUN 1 8 2021

RICK WARREN
COURT CLERK
126_____

## ENTRY OF APPEARANCE

COME NOW Brad Miller, J. Logan Johnson and Shawna L. Landeros of Miller

Johnson Jones Antonisse & White, PLLC, and enter their appearance on behalf of Plaintiff,

Thomas H. Bates.

Counsel hereby gives notice of consent to service by electronic means pursuant to

12 O.S. 2005.2(A). Counsel's email address is included below for such purpose.

MILLER JOHNSON JONES
ANTONISSE & WHITE, PLLC

By: _____
Brad Miller, OBA #11437
J. Logan Johnson, OBA #12722
Shawna L. Landeros, OBA #31637
500 NW 6th Street, Suite 300
Oklahoma City, OK 73102-1219
Telephone: (405) 896-4388
Fax: (405) 609-2995
bmiller@mjjaw.com
ljohnson@mjjaw.com
slanderos@mjjaw.com
*Attorneys for Plaintiff*

**EXHIBIT**
**4**