IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| THOMAS H. BATES, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STATE FARM FIRE AND )<br>CASUALTY COMPANY, )<br>)<br>Defendant. ) | Case No. CIV-21-705-JD<br>(State Court Case No. CJ-2021-2627)<br>(District Court of Oklahoma County) |

## STATE FARM'S FINAL EXPERT WITNESS LIST

Pursuant to the Court's Scheduling Order [Doc. No. 14], Defendant State Farm Fire and Casualty Company ("State Farm"), provides the following Final Expert Witness List.

| No. | Witness | Anticipated Testimony | Will / May |
|---|---|---|---|
| 1. | Derek Vandorn<br>Berryman Enterprises, Inc.<br>426 N.W. 5th Street<br>Oklahoma City, OK 73102<br>c/o State Farm's counsel | As per report; expert opinions pertaining to various issues in connection with Plaintiff's roof, decking, and State Farm's evaluation thereof in light of common practice, common industry standards generally, and all applicable codes and regulations governing same. | Will |

Respectfully submitted,

*/s/ Paula M. Williams*
Lance E. Leffel, OBA #19511
Paula M. Williams, OBA #30772
Allyson E. Shumaker, OBA #34784
GABLEGOTWALS
BOK Park Plaza
499 W. Sheridan Avenue, Suite 2200
Oklahoma City, OK 73102
T: (405) 235-5500
F: (405) 235-2875
lleffel@gablelaw.com
pwilliams@gablelaw.com
ashumaker@gablelaw.com

*Attorneys for Defendant,*
*State Farm Fire and Casualty Company*

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of March, 2022, a true and correct copy of the foregoing was provided to the counsel of record listed below:

Brad Miller, OBA #11437
J. Logan Johnson, OBA #12722
Shawna L. Landeros, OBA #31637
MILLER JOHNSON JONES
ANTONISSE & WHITE, PLLC
500 N.W. 6th Street, Suite 300
Oklahoma City, OK 73102-1219

*Attorneys for Plaintiff*

*/s/ Paula M. Williams*
Paula M. Williams

{S603494;}  2