## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

THOMAS H. BATES,

                Plaintiff,

v.

STATE FARM FIRE AND CASUALTY
COMPANY,

                Defendant.

Case No. CIV-21-00705-JD

### PLAINTIFF'S LIST OF EXHIBITS

COMES NOW the Plaintiff, Thomas H. Bates, and pursuant to the Court's

Scheduling Order [Doc. No. 14] submits the following Exhibit list.

| No. | Description of document | Expected to be used/May be used |
|---|---|---|
| 1. | Plaintiff's insurance policy with State Farm Fire and Casualty Company | Expected. |
| 2. | State Farm claim file for Plaintiff's claim | Expected. |
| 3. | State Farm estimate regarding Plaintiff's property | Expected. |
| 4. | Aegis Roofing and Construction estimates regarding Plaintiff's property | Expected. |
| 5. | Aegis Roofing and Construction photographs regarding Plaintiff's property | Expected. |
| 6. | AccuWeather hail report for Plaintiff's property created on January 30, 2021 | May. |
| 7. | Documents produced by Aegis Roofing and Construction pursuant to Subpoena Duces Tecum | May. |

| 8. | Aegis Roofing Invoice dated January 28, 2013 | Expected. |
|---|---|---|
| 9. | Underwriting file for Plaintiff's property | May. |
| 10. | Text communications between Jonathan Marks and Corbin Swain regarding Plaintiff's property | May. |
| 11. | Communications between State Farm's agents and/or employees and Plaintiff, Gary Bates, and/or Marian Bates | Expected. |
| 12. | Communications between Jonathan Marks and Gary Bates regarding Plaintiff's property and State Farm claim | May. |
| 13. | Communications between Jonathan Marks and Marian Bates regarding Plaintiff's property and State Farm claim | May. |
| 14. | Communications between Jonathan Marks and Gary Bates and Marian Bates regarding Plaintiff's property and State Farm claim | May. |
| 15. | Better Business Bureau complaints and responses produced | May. |
| 16. | Oklahoma Department of Insurance complaint and response | May. |
| 17. | Communications between State Farm's agents and/or employees regarding Plaintiff's claim | Expected. |
| 18. | State Farm's Operation Guides, Standard Claim Processes, and Oklahoma Jurisdictional References concerning claim handling | Expected. |
| 19. | State Farm's responses and supplemental responses to Plaintiff's Interrogatories, Requests for Production and Requests for Admission | Expected. |
| 20. | State Farm's Operation Guides, Standard Claim Processes, and Oklahoma Jurisdictional References concerning wind/hail claims | Expected. |

| 21. | State Farm's Operation Guides, Standard Claim Processes, and Oklahoma Jurisdictional References concerning the duty of good faith and fair dealing | Expected. |
| 22. | State Farm's training materials and videos concerning wind/hail claims. | Expected. |
| 23. | State Farm brochure, "Evaluating Composition Shingles" | Expected. |
| 24. | Similarly situated claim files handled by State Farm | Expected. |
| 25. | Photographs of Corbin Swain regarding Plaintiff's property | Expected. |
| 26. | State Farm's Annual Statements | May. |
| 27. | State Farm's Form 10-Ks | Expected. |
| 28. | Aerial images of area of Plaintiff's property | May. |
| 29. | Internal correspondence from State Farm concerning handling of wind/hail claims. | May. |
| 30. | All documents produced by Michael Joe Lewis and Stephanie Lewis in *Michael Lewis and Stephanie Lewis v. State Farm Fire and Casualty Company*, CIV-20-648-HE | May. |
| 31. | All documents produced by State Farm in *Michael Lewis and Stephanie Lewis v. State Farm Fire and Casualty Company*, CIV-20-648-HE | May. |
| 32. | Rule 26 expert reports of any designated experts in this matter by either party | May. |
| 33. | Any documents reviewed and/or relied upon by any designated expert in this matter by either party | Expected. |
| 34. | All documents produced in this litigation pursuant to a Subpoena Duces Tecum | May. |

| 35. | All documents produced by Plaintiff during discovery to which Plaintiff does not object | May. |
|---|---|---|
| 36. | All documents produced by State Farm during discovery to which Plaintiff does not object | May. |
| 37. | All exhibits to depositions taken in this matter, not otherwise objected to by Plaintiff | May. |
| 38. | Demonstrative exhibits, aids, summaries, and diagrams | May. |
| 39. | All exhibits necessary for rebuttal | May. |
| 40. | All exhibits necessary for impeachment | May. |
| 41. | As discovery is ongoing, Plaintiff reserves the right to amend this exhibit list | May. |

MILLER JOHNSON JONES
ANTONISSE & WHITE, PLLC

By:    *s/Shawna L. Landeros*
Brad Miller, OBA #11437
J. Logan Johnson, OBA #12722
Shawna L. Landeros, OBA #31637
500 NW 6th Street, Suite 300
Oklahoma City, OK 73102-1219
Telephone: (405) 896-4388
Fax: (405) 609-2995
bmiller@mjjaw.com
ljohnson@mjjaw.com
slanderos@mjjaw.com
***Attorneys for Plaintiff***

4

## CERTIFICATE OF SERVICE

☑ I hereby certify that on March 22, 2022, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Lance E. Leffel, OBA #19511
Paula M. Williams, OBA #30772
GableGotwals
BOK Park Plaza
499 West Sheridan Ave., Suite 2200
Oklahoma City, OK 73102
Telephone: (405) 235-5500
Fax: (405) 235-2875
*Attorneys for Defendant*

*s/Shawna L. Landeros*
Shawna L. Landeros