IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

THOMAS H. BATES,

    Plaintiff,

v.

STATE FARM FIRE AND CASUALTY COMPANY,

    Defendant.

Case No. CIV-21-00705-JD

**PLAINTIFF'S LIST OF WITNESSES**

COMES NOW the Plaintiff, Thomas H. Bates, and pursuant to the Court's Scheduling Order [Doc. No. 14] submits the following list of witnesses.

| No. | Name/Address | Summary of Expected Testimony | Expected to be called/May be called |
|---|---|---|---|
| 1. | Thomas H. Bates<br>c/o Miller Johnson Jones Antonisse & White<br>500 NW 6th St, Suite 300<br>Oklahoma City, OK 73102 | Deposed. | Expected. |
| 2. | Gary Bates<br>c/o Miller Johnson Jones Antonisse & White<br>500 NW 6th St, Suite 300<br>Oklahoma City, OK 73102 | Deposed. | Expected. |
| 3. | Marian Bates<br>c/o Miller Johnson Jones Antonisse & White<br>500 NW 6th St, Suite 300<br>Oklahoma City, OK 73102 | Deposed. | Expected. |

| 4. | Shari Bivens<br>2133 N. Kelly Ave. Suite 150<br>Edmond, OK 73003 | Employee of State Farm agent's office. Communications regarding Plaintiff's claim. | Expected. |
|---|---|---|---|
| 5. | Tresa Dunnican-Jacome<br>State Farm Fire & Casualty Company<br>c/o GABLEGOTWALS<br>BOK Park Plaza<br>499 W. Sheridan Ave.,<br>Suite 2200<br>Oklahoma City, OK 73102 | To be deposed. Former State Farm Claims Specialist. Facts and circumstances surrounding coverages under the policy, the loss, inspection, and handling of Plaintiff's claim. | Expected. |
| 6. | Jacqueline Draper<br>State Farm Fire & Casualty Company<br>c/o GABLEGOTWALS<br>BOK Park Plaza<br>499 W. Sheridan Ave.,<br>Suite 2200<br>Oklahoma City, OK 73102 | To be deposed. State Farm Team Manager. Facts and circumstances surrounding coverages under the policy, the loss, training, and handling of Plaintiff's claim. | Expected. |
| 7. | Sharon Arnold<br>State Farm Fire & Casualty Company<br>c/o GABLEGOTWALS<br>BOK Park Plaza<br>499 W. Sheridan Ave.,<br>Suite 2200<br>Oklahoma City, OK 73102 | To be deposed. State Farm Section Manager. Facts and circumstances surrounding coverages under the policy, the loss, training, and handling of Plaintiff's claim. | Expected. |
| 8. | Anthony Mendoza<br>State Farm Fire & Casualty Company<br>c/o GABLEGOTWALS<br>BOK Park Plaza<br>499 W. Sheridan Ave.,<br>Suite 2200<br>Oklahoma City, OK 73102 | Deposed. | Expected. |

| | | | |
|---|---|---|---|
| 9. | Jonathan Marks<br>Aegis Roofing and Construction<br>7785 Gold Circle Dr<br>Edmond, OK 73025 | To be deposed. Non-retained expert witness under Fed. R. Civ. P. 26(a)(2)(C). See Doc. No. 21 for summary of expected testimony. | Expected. |
| 10. | Sean McCoggle<br>State Farm Fire & Casualty Company<br>c/o GABLEGOTWALS<br>BOK Park Plaza<br>499 W. Sheridan Ave., Suite 2200<br>Oklahoma City, OK 73102 | Facts and circumstances surrounding coverages under the policy, the loss, and handling of Plaintiff's claim. | May. |
| 11. | Roshanda Pineset<br>State Farm Fire & Casualty Company<br>c/o GABLEGOTWALS<br>BOK Park Plaza<br>499 W. Sheridan Ave., Suite 2200<br>Oklahoma City, OK 73102 | Facts and circumstances surrounding coverages under the policy, the loss, and handling of Plaintiff's claim. | May. |
| 12. | Amy Lanier<br>15000 Sharon Springs Dr<br>Jones, OK 73049 | Former State Farm Claim Specialist. Facts and circumstances surrounding her claim handling experience before and after Jacqueline Draper became her team manager and Hail Focus. | Expected. |
| 13. | Tony Nesbitt<br>State Farm Fire & Casualty Company<br>c/o GABLEGOTWALS<br>BOK Park Plaza<br>499 W. Sheridan Ave., Suite 2200 | Facts and circumstances surrounding coverages under the policy, the loss, and handling of Plaintiff's claim. | May. |

|     |                                                                                                                                                         |                                                                                                                                                                                                                                                                          |           |
|-----|---------------------------------------------------------------------------------------------------------------------------------------------------------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------|
|     | Oklahoma City, OK 73102                                                                                                                                 |                                                                                                                                                                                                                                                                          |           |
| 14. | Todd Johnson<br>State Farm Fire & Casualty Company<br>c/o GABLEGOTWALS<br>BOK Park Plaza<br>499 W. Sheridan Ave., Suite 2200<br>Oklahoma City, OK 73102 | Facts and circumstances surrounding coverages under the policy, the loss, and handling of Plaintiff's claim.                                                                                                                                                             | May.      |
| 15. | Corporate representative(s) of State Farm Fire & Casualty Company<br>c/o GABLEGOTWALS<br>BOK Park Plaza<br>499 W. Sheridan Ave., Suite 2200<br>Oklahoma City, OK 73102 | Facts and circumstances surrounding coverages under the policy, underwriting of the policy, the loss, and handling of Plaintiff's claim and similarly situated claims, policies and procedures of State Farm, training, discovery responses of State Farm and financials of State Farm. | Expected. |
| 16. | Corbin Swain, P.E.<br>Day Engineering Consultants, LLC<br>P.O. Box 1405<br>Jenks, OK 74037                                                              | Facts and circumstances surrounding inspection of Plaintiff's roof, and photographs.                                                                                                                                                                                     | May.      |
| 17. | Michael Joe Lewis<br>3009 Sunset Blvd.<br>Oklahoma City, OK 73120                                                                                       | Facts and circumstances surrounding hail damages and State Farm's handling of their claim                                                                                                                                                                                | May.      |
| 18. | Stephanie R. Lewis<br>3009 Sunset Blvd.<br>Oklahoma City, OK 73120                                                                                      | Facts and circumstances surrounding hail damages and State Farm's handling of their claim                                                                                                                                                                                | May.      |

| 19. | All witnesses identified through discovery not otherwise objected to by Plaintiff | | May. |
|---|---|---|---|
| 20. | Any witnesses identified in any deposition or discovery responses not otherwise objected to by Plaintiff | | May. |
| 21. | Any witnesses necessary to authenticate any exhibit | | May. |
| 22. | All witnesses listed by Defendant, whether called or not. | | May. |
| 23. | All rebuttal and impeachment witnesses | | May. |
| 24. | Plaintiff reserves the right to amend this list as discovery is still ongoing. | | May. |

          MILLER JOHNSON JONES
          ANTONISSE & WHITE, PLLC

By:   *s/Shawna L. Landeros*
      Brad Miller, OBA #11437
      J. Logan Johnson, OBA #12722
      Shawna L. Landeros, OBA #31637
      500 NW 6th Street, Suite 300
      Oklahoma City, OK 73102-1219
      Telephone: (405) 896-4388
      Fax: (405) 609-2995
      bmiller@mjjaw.com
      ljohnson@mjjaw.com
      slanderos@mjjaw.com
      ***Attorneys for Plaintiff***

## CERTIFICATE OF SERVICE

☑ I hereby certify that on March 22, 2022, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

> Lance E. Leffel, OBA #19511
> Paula M. Williams, OBA #30772
> GableGotwals
> BOK Park Plaza
> 499 West Sheridan Ave., Suite 2200
> Oklahoma City, OK 73102
> Telephone: (405) 235-5500
> Fax: (405) 235-2875
> *Attorneys for Defendant*

                                                                                  *s/Shawna L. Landeros*
                                                                                  Shawna L. Landeros