#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| THOMAS H. BATES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-21-00705-JD |
| | ) | |
| STATE FARM FIRE AND | ) | |
| CASUALTY COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

### STATE FARM'S FINAL WITNESS LIST

Pursuant to the Court's Scheduling Order (Doc. 14), Defendant State Farm Fire and Casualty Company ("State Farm") hereby submits its Final Witness List. By listing a potential witness, State Farm does not waive any objection to the testimony of the witness or the right to object to the calling of the witness at any hearing or the trial of this action.

| No. | Witness | Anticipated Testimony | Expected to be Called/ May be Called |
|---|---|---|---|
| 1. | Thomas Bates<br>c/o Miller Johnson Jones Antonisse & White, PLLC<br>500 NW 6th Street, Suite 300<br>Oklahoma City, OK 73102 | Deposed. | Expected |
| 2. | Gary Bates<br>c/o Miller Johnson Jones Antonisse & White, PLLC<br>500 NW 6th Street, Suite 300<br>Oklahoma City, OK 73102 | Deposed. | Expected |
| 3. | Marian Bates<br>c/o Miller Johnson Jones Antonisse & White, PLLC<br>500 NW 6th Street, Suite 300<br>Oklahoma City, OK 73102 | Deposed. | May |

| | | | |
|---|---|---|---|
| 4. | Jonathan Marks<br>Aegis Roofing and Construction, LLC<br>9051 Red Cedar Lane<br>Edmond, OK 73034 | Will be deposed on April 15, 2022. Facts related to alleged damage to Plaintiff's property, communications regarding underlying insurance claim, and prior claims, repairs, and inspections on Plaintiff's property | Expected |
| 5. | Jacqueline Draper, Claim Team Manager, State Farm<br>c/o GableGotwals<br>499 W. Sheridan Avenue, Suite 2200<br>Oklahoma City, OK 73102 | Deposed. | Expected |
| 6. | Tresa Dunnican-Jacome, Claim Specialist, State Farm<br>c/o GableGotwals<br>499 W. Sheridan Avenue, Suite 2200<br>Oklahoma City, OK 73102 | Deposed. | Expected |
| 7. | Anthony Mendoza, Claim Specialist, State Farm<br>c/o GableGotwals<br>499 W. Sheridan Avenue, Suite 2200<br>Oklahoma City, OK 73102 | Deposed. | May |
| 8. | Roshanda Pineset, Claim Specialist, State Farm<br>c/o GableGotwals<br>499 W. Sheridan Avenue, Suite 2200<br>Oklahoma City, OK 73102 | May testify regarding all of the claims and defenses of the parties, as well as knowledge of the underlying insurance claim. | May |
| 9. | Derek VanDorn<br>Berryman Enterprises, Inc.<br>c/o GableGotwals<br>499 W. Sheridan Avenue, Suite 2200<br>Oklahoma City, OK 73102 | Expected to testify as per his expert witness report; expert opinions pertaining to various issues in connection with Plaintiff's alleged | Expected |

|  |  |  | damages to roof and dwelling, and State Farm's evaluation thereof in light of common industry standards generally, and applicable regulations governing the same; response and rebuttal to Plaintiffs' expert. |  |
|---|---|---|---|---|
| 10. | Shari Bivins, Service Manager, Jennifer Lowder Insurance Agency<br>c/o GableGotwals<br>499 W. Sheridan Avenue, Suite 2200<br>Oklahoma City, OK 73102 |  | May testify regarding all claims and defenses of the parties, as well as knowledge of the underlying insurance claim. | May |
| 11. | Sharon Arnold, Claim Section Manager, State Farm<br>c/o GableGotwals<br>499 W. Sheridan Avenue, Suite 2200<br>Oklahoma City, OK 73102 |  | Deposed. | May |
| 12. | Sean McCoggle, Claim Specialist, State Farm<br>c/o GableGotwals<br>499 W. Sheridan Avenue, Suite 2200<br>Oklahoma City, OK 73102 |  | May testify regarding all of the claims and defenses of the parties, as well as knowledge of the underlying insurance claim. | May |
| 13. | Jamie Korbelik<br>Claims Specialist<br>State Farm<br>c/o GableGotwals<br>499 W. Sheridan Avenue, Suite 2200<br>Oklahoma City, OK 73102 |  | May testify regarding all of the claims and defenses of the parties, as well as knowledge of the underlying insurance claim. | May. |
| 14. | Cherrelle Davis<br>Claims Specialist<br>State Farm<br>c/o GableGotwals<br>499 W. Sheridan Avenue, |  | May testify regarding all of the claims and defenses of the parties, as well as knowledge of the | May. |

3

|  |  |  |  |
|---|---|---|---|
|  | Suite 2200<br>Oklahoma City, OK 73102 | underlying insurance claim. |  |
| 15. | Corbin Swain, P.E.<br>Day Engineering Consultants, LLC<br>P.O. Box 1405<br>Jenks, OK 74037 | Facts relating to Plaintiff's alleged property damage and any inspections conducted by Mr. Swain. | May |
| 16. | All witnesses listed by Plaintiff and not objected to by State Farm |  | May |
| 17. | All witnesses identified as a result of ongoing discovery efforts |  | May |
| 18. | All witnesses needed for authentication purposes |  | May |
| 19. | All rebuttal and impeachment witnesses |  | May |
| 20. | All witnesses listed by Plaintiff, whether called or not |  | May |
| 21. | State Farm reserves the right to add or supplement this witness list as discovery is ongoing |  | May |

4

Respectfully submitted,

*/s/ Paula M. Williams*
Lance E. Leffel, OBA No. 19511
Paula M. Williams, OBA No. 30772
Allyson Shumaker, OBA No. 34784
GABLEGOTWALS
BOK Park Plaza
499 West Sheridan Avenue, Suite 2200
Oklahoma City, Oklahoma 73102
(405) 235-5500
(405) 235-2875 (fax)
lleffel@gablelaw.com
pwilliams@gablelaw.com
ashumaker@gablelaw.com

*Attorneys for Defendant,*
*State Farm Fire and Casualty Company*

## CERTIFICATE OF SERVICE

  I hereby certify that on Tuesday April 5, 2022, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Brad Miller, OBA #11437
J. Logan Johnson, OBA #12722
Shawna L. Landeros, OBA #31637
MILLER JOHNSON JONES
ANTONISSE & WHITE, PLLC
500 N.W. 6th Street, Suite 300
Oklahoma City, OK 73102-1219

*Attorneys for Plaintiff*

                */s/ Paula M. Williams*
                Paula M. Williams