# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| THOMAS H. BATES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No. CIV-21-705-JD |
| STATE FARM FIRE AND | ) |
| CASUALTY COMPANY, | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT STATE FARM FIRE AND CASUALTY COMPANY'S EXHIBIT LIST

Pursuant to the Court's Scheduling Order (Doc. 14), Defendant State Farm Fire and Casualty Company ("State Farm"), submits the following list of exhibits that it may offer into evidence at trial. State Farm reserves the right to amend or supplement this list of potential trial exhibits. By listing a potential exhibit or category of exhibits, State Farm does not waive any objection to the introduction or use of the exhibit by any other party in any hearing or at the trial of this action. or use of the exhibit by any other party in any hearing or at the trial of this action.

Discovery is ongoing, and State Farm reserves the right to modify, delete, add to, and revise the referenced exhibits, which are based on present knowledge only.

| No. | Description | Bates Label | Will/May |
|---|---|---|---|
| 1. | Certified Policy Record and Renewal (07/07/2021) | SF.BATES_000001– SF.BATES_000031 | Will |
| 2. | Fire Claim File Print | SF.BATES_000033– | May |

|  | | | |
|---|---|---|---|
|  | General Information | SF.BATES_000043 |  |
| 3. | Fire Claim File Print Injury Information | SF.BATES_000044 | May |
| 4. | Fire Claim File Print Financial Information | SF.BATES_000045 | May |
| 5. | Fire Claim File Print File History Information | SF.BATES_000046– SF.BATES_000077 | May |
| 6. | Document List Details Report | SF.BATES_000078-000112 |  |
| 7. | Tresa Dunnican-Jacome letter with estimate and payment (02/23/2021) | SF.BATES_000113– SF.BATES_000114 | Will |
| 8. | Letter from State Farm - Loss Report Received (02/04/2021) | SF.BATES_000115 | May |
| 9. | Letter from State Farm to Oklahoma Department of Insurance (04/15/2021) | SF.BATES_000141– SF.BATES_000142 | May |
| 10. | Email from State Farm with partial denial attached (03/15/2021) | SF.BATES_000143– SF.BATES_000148 | Will |
| 11. | Accuweather Hail Report | SF.BATES_000149-152 | May |
| 12. | Audit Reports | SF.BATES_000165– SF.BATES_000182 | May |
| 13. | Draft Estimate (04/21/2021) | SF.BATES_000183– SF.BATES_000193 | May |
| 14. | Draft Estimate (04/12/2021) | SF.BATES_000194– SF.BATES_000204 | May |
| 15. | Draft Estimate (02/23/2021) | SF.BATES_000205– SF.BATES_000215 | May |
| 16. | Price List Variation Reports | SF.BATES_000216– SF.BATES_000218 | May |
| 17. | Labor and Materials Reports | SF.BATES_000219– SF.BATES_000230 | May |
| 18. | Dwelling Sketches | SF.BATES_000231– SF.BATES_000234; SF.BATES_000262– SF.BATES_000263 | Will |
| 19. | ClaimsReady Report (06/19/2012) | SF.BATES_000235– SF.BATES_000247 | May |

| | | | |
|---|---|---|---|
| 20. | ClaimsReady Report (02/05/2021) | SF.BATES_000248–SF.BATES_000261 | Will |
| 21. | Estimate Change Reports | SF.BATES_000264–SF.BATES_000265 | May |
| 22. | Emails from Gary Bates with attachments | SF.BATES_000266–SF.BATES_000287 | May |
| 23. | Email from Jonathan Marks about second inspection with attachments (03/10/2021) | SF.BATES_000288–SF.BATES_000299 | May |
| 24. | State Farm estimate (04/12/2021) | SF.BATES_000300–SF.BATES_000306 | Will |
| 25. | State Farm estimate with photos of property (02/23/2021) | SF.BATES_000307–SF.BATES_000366 | Will |
| 26. | State Farm Operation Guides | BATE00000001PROD-00000008PROD-00000011PROD-, 00000013PROD-00000022PROD, 00000024PROD-00000071PROD, 00000074PROD-00000299PROD, | May |
| 27. | State Farm Operation Guides Preface and Commitment to Policyholders | BATE00000023PROD, BATE00000072PROD-00000073PROD, | May |
| 28. | State Farm Standard Claims Procedures | BATE00000300PROD-00000462PROD, 00000471PROD-00000625PROD, 00000646PROD-00000815PROD, 00000836PROD-00001006PROD | May |
| 29. | State Farm Jurisdictional References | BATE00000463PROD-470PROD, 00000626PROD-00000645PROD, 00000816PROD-00000835PROD, | May |
| 30. | Accuweather Report | Aegis Roofing_000001-000003 | May |
| 31. | Photos of the property taken and produced by Aegis Roofing | Aegis_000006– Aegis_000072; Aegis_000099– Aegis_000107 | May |
| 32. | Text messages between Jonathan Marks and Gary Bates about the property | Aegis_000077– Aegis_000091; BATES_0191– BATES_0198 | May |
| 33. | Text messages between Gary Bates, Marian Bates, and Jonathan | Aegis_000092– Aegis_000094; BATES_0183– BATES_0186 | May |

3

|  |  |  |  |
|---|---|---|---|
|  | Marks about the property |  |  |
| 34. | Aegis Roofing file on Thomas Bates | Aegis_000114– Aegis_0000118 | May |
| 35. | Text messages and photo attachments | BATE00001589PROD-BATE00001597PROD | May |
| 36. | Aegis Roofing estimate | BATES_0132– BATES_0135 | May |
| 37. | Email correspondence between Gary Bates and Shari Bivens | Bates 0145-0147 | May |
| 38. | Aegis Roofing estimate (01/28/13) | BATES_0159 | May |
| 39. | Gary Bates email to Shari Bivens at State Farm (04/02/21) | BATES_0160 | May |
| 40. | Email from Gary Bates to State Farm about claim (04/21/2021) | BATES_0162 | May |
| 41. | Email between Jonathan Marks and Marian Bates with threaded email from Shari Bivens attached (06/10/2021) | BATES_0170– BATES_0171 | May |
| 42. | OID response to Plaintiff (04/20/2021) | BATES_0179 | May |
| 43. | Text messages between Marian Bates and Jonathan Marks | BATES_0202– BATES_0209 | May |
| 44. | Plaintiffs' responses to written discovery |  | May |
| 45. | Documents produced by Plaintiffs in discovery and not objected to by State Farm. |  | May |
| 46. | Documents utilized in any depositions not objected to by State Farm. |  | May |
| 47. | Exhibits listed by Plaintiffs and not objected to by State Farm. |  | May |
| 48. | Exhibits identified in |  | May |

| | | | |
|---|---|---|---|
| | answers to interrogatories and not objected to by State Farm. | | |
| 49. | Additional documents produced in discovery and not objected to by State Farm. | | May |
| 50. | Charts or enlargements of any party's exhibits not objected to by State Farm. | | May |
| 51. | All expert witness Curriculum Vitae and reports | | May |
| 52. | Demonstrative aids, illustrative exhibits, visual aids, charts, graphs, summaries of voluminous documents, and chronologies not objected to by State Farm. | | May |
| 53. | Additional exhibits identified in discovery, which is ongoing. | | May |
| 54. | All documents needed for purposes of rebuttal. | | May |
| 55. | All documents needed for purposes of impeachment. | | May |

Respectfully submitted,

*/s/ Paula M. Williams*
Lance E. Leffel, OBA No. 19511
Paula M. Williams, OBA No. 30772
Allyson Shumaker, OBA No. 34784
GableGotwals
BOK Park Plaza
499 West Sheridan Avenue, Suite 2200
Oklahoma City, Oklahoma 73102
(405) 235-5500
(405) 235-2875 (fax)
lleffel@gablelaw.com
pwilliams@gablelaw.com
ashumaker@gablelaw.com

***Attorneys for Defendant,
State Farm Fire and Casualty Company***

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 5, 2022, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following:

Brad Miller, OBA #11437
J. Logan Johnson, OBA #12722
Shawna L. Landeros, OBA #31637
MILLER JOHNSON JONES
ANTONISSE & WHITE, PLLC
500 N.W. 6th Street, Suite 300
Oklahoma City, OK 73102-1219

*Attorneys for Plaintiff*

                                                              */s/ Paula M. Williams*
                                                              Paula M. Williams