## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| THOMAS H. BATES | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No. CIV-21-705-JD |
| STATE FARM FIRE AND | ) |
| CASUALTY COMPANY, | ) |
| | ) |
| Defendant. | ) |

### STATE FARM FIRE AND CASUALTY COMPANY'S
### OBJECTIONS TO PLAINTIFF'S EXHIBIT LIST

Defendant, State Farm Fire and Casualty Company ("State Farm"), hereby submits

its objections to Plaintiffs' Final Exhibit List:

### EXHIBITS:

| No. | Exhibit | Objection | Rule Relied Upon |
|---|---|---|---|
| 1. | Plaintiff's insurance policy with State Farm Fire and Casualty company | | |
| 2. | State Farm claim file for Plaintiff's claim | | |
| 3. | State Farm estimate regarding Plaintiff's property | | |
| 4. | Aegis Roofing and Construction estimates regarding Plaintiff's property | Vague. Lacks the specificity necessary to assert an objection at this time. All objections reserved. | |
| 5. | Aegis Roofing and Construction photographs | Vague. Lacks the specificity | |

| | | |
|---|---|---|
| | regarding Plaintiff's property | necessary to assert an objection at this time. All objections reserved. | |
| 6. | AccuWeather hail report for Plaintiff's property created on January 30, 2021 | | |
| 7. | Documents produced by Aegis Roofing and Construction pursuant to Subpoena Duces Tecum | Vague. Lacks the specificity necessary to assert an objection at this time. All objections reserved. Relevance; probative value substantially outweighed by danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, and/or needlessly presenting cumulative evidence; hearsay. | FRE 401-403, 802 |
| 8. | Aegis Roofing Invoice dated January 28, 2013 | | |
| 9. | Underwriting file for Plaintiff's property | Relevance; probative value substantially outweighed by danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, and/or needlessly presenting | FRE 401-403 |

|  |  | cumulative evidence. |  |
| --- | --- | --- | --- |
| 10. | Text communications between Jonathan Marks and Corbin Swain regarding Plaintiff's property | Relevance; probative value substantially outweighed by danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, and/or needlessly presenting cumulative evidence; hearsay. | FRE 401-403, 802 |
| 11. | Communications between State Farm's agents and/or employees and Plaintiff, Gary Bates, and/or Marian Bates |  |  |
| 12. | Communications between Jonathan Marks and Gary Bates regarding Plaintiff's property and State Farm claim | Vague. Lacks the specificity necessary to assert an objection at this time. All objections reserved. Relevance; probative value substantially outweighed by danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, and/or needlessly presenting cumulative evidence; hearsay. | FRE 401-403, 802 |
| 13. | Communications between Jonathan Marks and Marian | Vague. Lacks the specificity | FRE 401-403, 802 |

| | Bates regarding Plaintiff's property and State Farm claim | necessary to assert an objection at this time. All objections reserved. Relevance; probative value substantially outweighed by danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, and/or needlessly presenting cumulative evidence; hearsay. | |
|---|---|---|---|
| 14. | Communications between Jonathan Marks and Gary Bates and Marian Bates regarding Plaintiff's property and State Farm Claim | Vague. Lacks the specificity necessary to assert an objection at this time. All objections reserved. Relevance; probative value substantially outweighed by danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, and/or needlessly presenting cumulative evidence; hearsay. | FRE 401-403, 802 |
| 15. | Better Business Bureau complaints and responses produced | Relevance; probative value substantially outweighed by danger of unfair | FRE 401-403; 802 |

| | | prejudice, confusing the issues, misleading the jury, wasting time, and/or needlessly presenting cumulative evidence; hearsay. | |
|---|---|---|---|
| 16. | Oklahoma Department of Insurance complaint and response | Relevance; probative value substantially outweighed by danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, and/or needlessly presenting cumulative evidence; hearsay. | FRE 401-403; 802 |
| 17. | Communications between State Farm's agents and/or employees regarding Plaintiff's claim | Vague. Lacks the specificity necessary to assert an objection at this time. All objections reserved. | |
| 18. | State Farm's Operation Guides, Standard Claim Processes, and Oklahoma Jurisdictional References concerning claim handling | Relevance; probative value substantially outweighed by danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, and/or needlessly presenting cumulative evidence; hearsay. | FRE 401-403; 802 |

| 19. | State Farm's responses and supplemental responses to Plaintiff's Interrogatories, Requests for Production and Requests for Admission | Lacks the specificity necessary to assert an objection at this time. All objections reserved. | |
| 20. | State Farm's Operation Guides, Standard Claim Processes, and Oklahoma Jurisdictional References concerning wind/hail claims | Lacks the specificity necessary to assert an objection at this time. All objections reserved. Relevance; probative value substantially outweighed by danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, and/or needlessly presenting cumulative evidence; hearsay. | FRE 401-403; 802 |
| 21. | State Farm's Operation Guides, Standard Claim Processes, and Oklahoma Jurisdictional References concerning the duty of good faith and fair dealing | Lacks the specificity necessary to assert an objection at this time. All objections reserved. Relevance; probative value substantially outweighed by danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, and/or needlessly | FRE 401-403; 802 |

|  |  | presenting cumulative evidence; hearsay. |  |
|---|---|---|---|
| 22. | State Farm's training materials and videos concerning wind/hail claims | Lacks the specificity necessary to assert an objection at this time. All objections reserved. Relevance; probative value substantially outweighed by danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, and/or needlessly presenting cumulative evidence; hearsay. | FRE 401-403; 802 |
| 23. | State Farm brochure, "Evaluating Composition Shingles" | Relevance; probative value substantially outweighed by danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, and/or needlessly presenting cumulative evidence; hearsay. | FRE 401-403; 802 |
| 24. | Similarly situated claim files handled by State Farm | Vague.  Lacks the specificity necessary to assert an objection at this time. Relevance; probative value | FRE 401-403; 802 |

| | | | |
|---|---|---|---|
| | | substantially outweighed by danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, and/or needlessly presenting cumulative evidence; hearsay. | |
| 25. | Photographs of Corbin Swain regarding Plaintiff's property | Vague.  Lacks the specificity necessary to assert an objection at this time. Relevance; probative value substantially outweighed by danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, and/or needlessly presenting cumulative evidence; hearsay. | FRE 401-403, 802 |
| 26. | State Farm's Annual Statements | Relevance; probative value substantially outweighed by danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, and/or needlessly presenting | FRE 401-403 |

| | | | |
|---|---|---|---|
| | | cumulative evidence. | |
| 27. | State Farm's Form 10-Ks | Relevance; probative value substantially outweighed by danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, and/or needlessly presenting cumulative evidence. | FRE 401-403 |
| 28. | Aerial images of area of Plaintiff's property | Vague.  Lacks the specificity necessary to assert an objection at this time. Relevance; probative value substantially outweighed by danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, and/or needlessly presenting cumulative evidence; hearsay. | FRE 401-403; 802 |
| 29. | Internal correspondence from State Farm concerning handling of wind/hail claims. | Vague.  Lacks the specificity necessary to assert an objection at this time. Relevance; probative value substantially outweighed by danger of unfair | FRE 401-403; 802 |

| | | | |
|---|---|---|---|
| | | prejudice, confusing the issues, misleading the jury, wasting time, and/or needlessly presenting cumulative evidence; hearsay. | |
| 30. | All documents produced by Michael Joe Lewis and Stephanie Lewis in *Michael Lewis and Stephanie Lewis v. State Farm and Casualty Company*, CIV-20-648-HE | Vague.  Lacks the specificity necessary to assert an objection at this time. Documents have not been produced in this litigation. Relevance; probative value substantially outweighed by danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, and/or needlessly presenting cumulative evidence; hearsay. | FRE 401-403; 802 |
| 31. | All documents produced by State Farm in *Michael Lewis and Stephanie Lewis v. State Farm Fire and Casualty Company*, CIV-20-648-HE | Vague.  Lacks the specificity necessary to assert an objection at this time. Documents have not been produced in this litigation. Relevance; probative value substantially outweighed by | FRE 401-403; 802 |

| | | | |
|---|---|---|---|
| | | danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, and/or needlessly presenting cumulative evidence; hearsay. | |
| 32. | Rule 26 Expert reports of any designated experts in this matter by either party | Vague.  Lacks the specificity necessary to assert an objection at this time. Plaintiff has not designated an expert who prepared an expert report. | |
| 33. | Any documents reviewed and/or relied upon by any designated expert in this matter by either party | Lacks the specificity necessary to assert an objection at this time. All objections reserved. | |
| 34. | All documents produced in this litigation pursuant to a Subpoena Duces Tecum | Lacks the specificity necessary to assert an objection at this time. All objections reserved. | |

Respectfully submitted,

*/s/ Paula M. Williams*
Lance E. Leffel, OBA #19511
Paula M. Williams, OBA #30772
Allyson E. Shumaker, OBA #34784
GABLEGOTWALS
BOK Park Plaza
499 W. Sheridan Avenue, Suite 2200
Oklahoma City, OK 73102
T: (405) 235-5500
F: (405) 235-2875
lleffel@gablelaw.com
pwilliams@gablelaw.com
ashumaker@gablelaw.com

***Attorneys for State Farm Fire
and Casualty Company***

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of April, 2022, a true and correct copy of the foregoing was provided to the counsel of record listed below:

Brad Miller, OBA #11437
J. Logan Johnson, OBA #12722
Shawna L. Landeros, OBA #31637
MILLER JOHNSON JONES
ANTONISSE & WHITE, PLLC
500 N.W. 6th Street, Suite 300
Oklahoma City, OK 73102-1219
Telephone: (405) 896-4388
Fax: (405) 609-2995
bmiller@mjjaw.com
ljohnson@mjjaw.com
slanderos@mjjaw.com

***Attorneys for Plaintiff***

/s/ *Paula M. Williams*
　Paula M. Williams