## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| THOMAS H. BATES | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. CIV-21-705-JD |
| STATE FARM FIRE AND | ) | |
| CASUALTY COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT STATE FARM FIRE & CASUALTY COMPANY'S
## NOTICE OF ISSUANCE OF SUBPOENA DUCES TECUM
## <u>TO MICHAEL LEWIS</u>

Pursuant to LCvR 45.1(a), Defendant State Farm Fire and Casualty Company ("Defendant" or "State Farm") hereby gives notice to Plaintiffs that it will serve the Subpoena attached as Exhibit 1 commanding the production of documents and electronically-stored information upon nonparty Michael Lewis, 3009 Sunset Blvd., Oklahoma City, OK 73120, pursuant to Federal Rules of Civil Procedure 30 and 45.

The documents and electronically-stored information are to be produced at the office of GABLEGOTWALS, BOK Park Plaza, 499 W. Sheridan Avenue, Suite 2200, Oklahoma City, OK 73102, no later than Tuesday, May 3, 2022, at 9:00 a.m.

Respectfully submitted,

*/s/ Paula M. Williams* _____
Lance E. Leffel, OBA #19511
Paula M. Williams, OBA #30772
Allyson E. Shumaker, OBA #34784
GABLEGOTWALS
BOK Park Plaza

{S604748;}                                     1

499 W. Sheridan Avenue, Suite 2200
Oklahoma City, OK 73102
T: (405) 235-5500
F: (405) 235-2875
lleffel@gablelaw.com
pwilliams@gablelaw.com
ashumaker@gablelaw.com

**Attorneys for State Farm Fire
and Casualty Company**

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of April, 2022, a true and correct copy of the foregoing was provided to the counsel of record listed below:

Brad Miller, OBA #11437
J. Logan Johnson, OBA #12722
Shawna L. Landeros, OBA #31637
MILLER JOHNSON JONES
ANTONISSE & WHITE, PLLC
500 N.W. 6th Street, Suite 300
Oklahoma City, OK 73102-1219
Telephone: (405) 896-4388
Fax: (405) 609-2995
bmiller@mjjaw.com
ljohnson@mjjaw.com
slanderos@mjjaw.com

**Attorneys for Plaintiff**

/s/ *Paula M. Williams*
Paula M. Williams

{S604748;}                           2