**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

THOMAS H. BATES,

        Plaintiff,

v.

STATE FARM FIRE AND CASUALTY
COMPANY,

        Defendant.

Case No. CIV-21-00705-JD

**PLAINTIFF'S OBJECTIONS TO DEFENDANT'S FINAL EXHIBIT LIST**

Pursuant to the Court's Amended Scheduling Order [Doc. No. 35], Plaintiff, Thomas H. Bates, hereby submits his objections to Defendant State Farm Fire and Casualty Company's Exhibit List [Doc. No. 26].

| No. | Description | Bates Number | Objection | Grounds |
|---|---|---|---|---|
| 1. | Certified Policy Record and Renewal (07/7/2021) | SF.BATES_000001 – SF.BATES_000031 | | |
| 2. | Fire Claim File Print General Information | SF.BATES_000033 – SF.BATES_000043 | Completeness | FRE 106 |
| 3. | Fire Claim File Print Injury Information | SF.BATES_000044 | Completeness | FRE 106 |
| 4. | Fire Claim File Print Financial Information | SF.BATES_000045 | Completeness | FRE 106 |
| 5. | Fire Claim File Print History Information | SF.BATES_000046 – SF.BATES_000077 | Completeness | FRE 106 |
| 6. | Document List Details Report | SF.BATES_000078 – 00112 | Completeness | FRE 106 |

| No. | Description | Bates Number | Objection | Grounds |
| --- | --- | --- | --- | --- |
| 7. | Tresa Dunnican-Jacome letter with estimate and payment (02/23/2021) | SF.BATES_000113 – SF.BATES_000114 | Completeness | FRE 106 |
| 8. | Letter from State Farm – Loss Report Received (02/24/2021) | SF.BATES_000115 | Completeness | FRE 106 |
| 9. | Letter from State Farm to Oklahoma Department of Insurance (04/15/2021) | SF.BATES_000141 – SF.BATES_000142 | Completeness | FRE 106 |
| 10. | Email from State Farm with partial denial attached (03/15/2021) | SF.BATES_000143 – SF.BATES_000148 | Completeness | FRE 106 |
| 11. | Accuweather Hail Report | SF.BATES_000149 – SF.BATES_000152 | Completeness | FRE 106 |
| 12. | Audit Reports | SF.BATES_000165 – SF.BATES_000182 | Completeness | FRE 106 |
| 13. | Draft Estimate (04/21/2021) | SF.BATES_000183 – SF.BATES_000193 | Completeness | FRE 106 |
| 14. | Draft Estimate (04/21/2021) | SF.BATES_000194 – SF.BATES_000204 | Completeness | FRE 106 |
| 15. | Draft Estimate (02/23/2021) | SF.BATES_000205 – SF.BATES_000215 | Completeness | FRE 106 |
| 16. | Price List Variation Reports | SF.BATES_000216 – SF.BATES_000218 | Completeness | FRE 106 |
| 17. | Labor and Materials Reports | SF.BATES_000219 – SF.BATES_000230 | Completeness | FRE 106 |
| 18. | Dwelling Sketches | SF.BATES_000231– SF.BATES_000234; SF.BATES_000262– SF.BATES_000263 | Completeness | FRE 106 |
| 19. | Claims Ready Report (06/19/2012) | SF.BATES_000235– SF.BATES_000247 | Completeness | FRE 106 |

| No. | Description | Bates Number | Objection | Grounds |
|---|---|---|---|---|
| 20. | ClaimsReady Report (02/05/2021) | SF.BATES_000248–SF.BATES_000261 | Completeness | FRE 106 |
| 21. | Estimate Change Reports | SF.BATES_000264–SF.BATES_000265 | Completeness | FRE 106 |
| 22. | Emails from Gary Bates with attachments | SF.BATES_000266–SF.BATES_000287 | Completeness | FRE 106 |
| 23. | Email from Jonathan Marks about second inspection with attachments (03/10/2021) | SF.BATES_000288–SF.BATES_000299 | Completeness | FRE 106 |
| 24. | State Farm estimate (04/12/2021) | SF.BATES_000300–SF.BATES_000306 | Completeness | FRE 106 |
| 25. | State Farm estimate with photos of property (02/23/2021) | SF.BATES_000307–SF.BATES_000366 | Completeness | FRE 106 |
| 26. | State Farm Operation Guides | BATE00000001PROD-00000008PROD-00000011PROD-, 00000013PROD-00000022PROD, 00000024PROD-00000071PROD, 00000074PROD-00000299PROD, | | |
| 27. | State Farm Operation Guides Preface and Commitment to Policyholders | BATE00000023PROD, BATE00000072PROD-00000073PROD, | | |
| 28. | State Farm Standard Claims Procedures | BATE00000300PROD-00000462PROD, 00000471PROD-00000625PROD, 00000646PROD-00000815PROD, | | |

| No. | Description | Bates Number | Objection | Grounds |
|---|---|---|---|---|
|  |  | 00000836PROD-00001006PROD |  |  |
| 29. | State Farm Jurisdictional References | BATE00000463PROD-470PROD, 00000626PROD-00000645PROD, 00000816PROD-00000835PROD, |  |  |
| 30. | Accuweather Report | Aegis Roofing_000001-000003 |  |  |
| 31. | Photos of the property taken and produced by Aegis Roofing | Aegis_000006–Aegis_000072; Aegis_000099–Aegis_000107 |  |  |
| 32. | Text messages between Jonathan Marks and Gary Bates about the property | Aegis_000077–Aegis_000091; BATES_0191–BATES_0198 | Hearsay | FRE 801 et seq. |
| 33. | Text messages between Gary Bates, Marian Bates, and Jonathan Marks about the property | Aegis_000092–Aegis_000094; BATES_0183–BATES_0186 | Hearsay | FRE 801 et seq. |
| 34. | Aegis Roofing file on Thomas Bates | Aegis_000114–Aegis_0000118 | Hearsay | FRE 801 et seq. |
| 35. | Text messages and photo attachments | BATE00001589PROD-BATE00001597PROD |  |  |
| 36. | Aegis Roofing estimate | BATES_0132–BATES_0135 |  |  |
| 37. | Email corres-pondence between Gary Bates and Shari Bivens | Bates 0145-0147 |  |  |
| 38. | Aegis Roofing estimate (01/28/13) | BATES_0159 |  |  |
| 39. | Gary Bates email to Shari Bivens at State Farm (04/02/21) | BATES_0160 |  |  |

4

| No. | Description | Bates Number | Objection | Grounds |
|---|---|---|---|---|
| 40. | Email from Gary Bates to State Farm about claim (04/21/2021) | BATES_0162 | | |
| 41. | Email between Jonathan Marks and Marian Bates with threaded email from Shari Bivens attached (06/10/2021) | BATES_0170– BATES_0171 | Hearsay | FRE 801 et seq. |
| 42. | OID response to Plaintiff (04/20/2021) | BATES_0179 | Relevance; Confusion of issues, misleading jury, unfair prejudice; Hearsay | FRE 401, 402, 403, 801 et seq. |
| 43. | Text messages between Marian Bates and Jonathan Marks | BATES_0202– BATES_0209 | Hearsay | FRE 801 et seq. |
| 44. | Plaintiffs' responses to written discovery | | Relevance; Confusion of issues, misleading jury, unfair prejudice, wasting time, and/or presenting needlessly cumulative evidence; Hearsay | FRE 401, 402, 403, 801 et seq. |
| 45. | Documents produced by Plaintiffs in discovery and not objected to by State Farm. | | Reserved until more specifically identified. | |
| 46. | Documents utilized in any depositions not objected to by State Farm. | | Reserved until more specifically identified. | |

| No. | Description | Bates Number | Objection | Grounds |
|---|---|---|---|---|
| 47. | Exhibits listed by Plaintiffs and not objected to by State Farm. | | Reserved until more specifically identified. | |
| 48. | Exhibits identified in answers to interrogatories and not objected to by State Farm. | | Reserved until more specifically identified. | |
| 49. | Additional documents produced in discovery and not objected to by State Farm. | | Reserved until more specifically identified. | |
| 50. | Charts or enlargements of any party's exhibits not objected to by State Farm. | | Reserved until more specifically identified. | |
| 51. | All expert witness Curriculum Vitae and reports | | Hearsay | FRE 801 et seq. |
| 52. | Demonstrative aids, illustrative exhibits, visual aids, charts, graphs, summaries of voluminous documents, and chronologies not objected to by State Farm. | | Reserved until more specifically identified. | |
| 53. | Additional exhibits identified in discovery, which is ongoing. | | Reserved until more specifically identified. | |
| 54. | All documents needed for purposes of rebuttal. | | Reserved until more specifically identified. | |

| No. | Description | Bates Number | Objection | Grounds |
|---|---|---|---|---|
| 55. | All documents needed for purposes of impeachment. | | Reserved until more specifically identified. | |

MILLER JOHNSON JONES
ANTONISSE & WHITE, PLLC

By:   *s/Shawna L. Landeros*
       Brad Miller, OBA #11437
       J. Logan Johnson, OBA #12722
       Shawna L. Landeros, OBA #31637
       500 NW 6th Street, Suite 300
       Oklahoma City, OK 73102-1219
       Telephone: (405) 896-4388
       Fax: (405) 609-2995
       bmiller@mjjaw.com
       ljohnson@mjjaw.com
       slanderos@mjjaw.com
       *Attorneys for Plaintiff*

7

## CERTIFICATE OF SERVICE

☑ I hereby certify that on June 17, 2022, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Lance E. Leffel, OBA #19511
Paula M. Williams, OBA #30772
GableGotwals
BOK Park Plaza
499 West Sheridan Ave., Suite 2200
Oklahoma City, OK 73102
Telephone: (405) 235-5500
Fax: (405) 235-2875
*Attorneys for Defendant*

*s/ Shawna L. Landeros*
Shawna L. Landeros

8