

# TECHNICAL BULLETIN

## WOOD BOARD DECKS AS A SUBSTRATE FOR STEEP SLOPE ROOFING

[October 2017]

The wood materials constituting a roof deck and their condition at the time of application is critical to the installation of roofing materials, their appearance afterward, and the longevity of the system. This is especially true of older homes with aging wood board decking and varying gaps between them. The photo here shows an extreme example.



Photo courtesy of InterNACHI (www.nachi.org)

Malarkey has experience with shingle roofing systems installed directly over older wood board decks and given issues associated with them (cracks, warping, possible deck movement), *strongly recommends they be overlaid with code-compliant sheathing* (⅜" [10 mm] thick, exterior grade plywood or $^{7}/_{16}$" [11 mm] thick oriented strand board) *or removed entirely for best performance and appearance*. It is critical the substrate be solidly sheathed, even, smooth, and capable of providing solid holding power for fasteners.

Wood board decks are an acceptable substrate under Malarkey shingles, but failure to correct deficit conditions (gaps ¼" and greater, warped, split, cracked, deteriorated, or rotted boards) can result in damage to the roof covering and may void your warranty should a claim be filed.

EXHIBIT

3



Leaks, wind damage, and buckling of the shingle roof system are just some of the problems that may be attributed to the wood deck condition.

Our published shingle installation instructions[1] include the following:

**Roof Deck:** The surface to receive the new roofing should be in good shape and solidly sheathed, constructed of a minimum ⅜" (10 mm) thick, exterior-grade plywood, $7/_{16}$" (11 mm) thick oriented strand board (OSB), or seasoned lumber, nominally 1" (25 mm) thick. Boards should be positioned tight to each other and securely nailed to framing members. Deteriorated or rotted boards should be replaced. For excessively resinous areas and loose knots, cover with sheet metal patches.

Malarkey strongly recommends installing sheathing over wood board decks. Problems with the performance of your roofing system, such as leaks and buckling, increase if installed directly over wood board decks. Failure to use properly conditioned deck materials can result in deck movement which can damage the roof covering and may void your warranty.

Malarkey's *Shingle & Accessory Warranty* covers only *manufacturing defects* that materially affect performance of the roofing system and excludes damage attributable to factors beyond our control, including the condition of the substrate to which shingles are attached. The list of EXCLUSIONS in our shingle warranty include, "Settlement, movement, distortion, failure or cracking of the roof deck, walls, or foundations of the building."

Contact Malarkey Technical Services with questions at (800) 545-1191 or (503) 283-1191, 7:00 am to 5:00 pm, Pacific Time, or email us at technicalinquiries@malarkeyroofing.com.

---

[1] Current versions of our installation instructions can be found at WWW.MALARKEYROOFING.COM.