IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF OKLAHOMA

THOMAS H. BATES,                    )
                                    )
        Plaintiff,                  )
                                    )
-vs-                                )        No. CIV-21-00705-JD
                                    )
STATE FARM FIRE AND CASUALTY        )
COMPANY,                            )
                                    )
        Defendant.                  )

                      *  *  *  *  *

            REMOTE VIDEOCONFERENCE DEPOSITION OF

                   TRESA DUNNICAN JACOME

              TAKEN ON BEHALF OF THE PLAINTIFF

                 IN HOT SPRINGS, ARKANSAS

                    ON MARCH 25, 2022

                 COMMENCING AT 10:05 A.M.

                      *  *  *  *  *

                     INSTASCRIPT, L.L.C.
                  125 PARK AVENUE, SUITE LL
              OKLAHOMA CITY, OKLAHOMA  73102
                       405.605.6880
                  schedule@instascript.net

REPORTED via Zoom BY:  BETH A. McGINLEY, CSR, RPR, RMR

EXHIBIT
1-Excerpt

Tresa Dunnican-Jacome
3/25/2022                                                              Page: 82

this was?

A    Yes, sir.

Q    How did you know?

A    Because of the contractor.

Q    Tell us about that.

A    So the contractor was a roofer that used to be a former State Farm employee.  He went into business with another State Farm -- former State Farm employee and opened up a roofing company.

So when I had talked to my insured, I had set up the appointment to go inspect this roof, and the house is lived in by his son.  I showed up before Mr. Marks did, and I was up on the roof inspecting.

Well, he came and he got up on the roof, and we started talking about the fact that he was a former State Farm employee, and he asked me who I reported to.  And I said Jacqueline Draper.  And he told me he did not like Jacqueline Draper because she does not agree to pay for any roofs, and he made it very, very clear he did not like her.

When we were up there and I told him I didn't see any damages, that everything that I saw looked like it was wear, he showed me a couple spots that he felt may have been hail damaged.  I felt it.  I said, I just don't feel it, I don't see it, it looks like wear.

Tresa Dunnican-Jacome
3/25/2022                                                                              Page: 83

So he says -- he didn't agree.  I said, I'll tell you what, I'll send it to Jacqueline to get, you know, her eyes on it, to see what she thinks, because I feel it's wear.

So I text pictures to Jacqueline.  Jacqueline came back and said she felt it was wear.  I said, well, I've already told him that it was wear, and so Mr. Marks said that he would be suing State Farm.

Q    That Mr. Marks -- Mr. Marks said --

A    Yeah, the -- the contractor.

Q    That's what you -- you heard, you took away that Mr. Marks was saying that he, Mr. Marks, would sue State Farm?

A    Yes.

Q    Okay.  All right.  And, obviously, you remember all that pretty well, right?

A    Yes, sir, because he was a former State Farm employee, and I was thinking, wow, this is... I wonder what happened that he is so anti State Farm, when he used to be a State Farm employee.

Q    What do you -- what do you think happened?

A    I believe he became a roofer, and so as a roofer, you know, he sees the fact that he wants to be able to cover the cost of replacing all the roofs, and he doesn't agree with the policy language --