IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF OKLAHOMA

THOMAS H. BATES,

    Plaintiff,

VS.

STATE FARM FIRE AND CASUALTY COMPANY,

    Defendant.

Case Number
CIV-21-705-JD

CERTIFIED COPY

* * * * *

DEPOSITION OF JONATHAN MARKS
TAKEN ON BEHALF OF THE DEFENDANT
IN OKLAHOMA CITY, OKLAHOMA
ON JUNE 23, 2022
COMMENCING AT 9:00 A.M.

* * * * *

INSTASCRIPT, LLC
125 PARK AVENUE, SUITE LL
OKLAHOMA CITY, OKLAHOMA  73102
405.605.6880
schedule@instascript.net

Reported by:  Cheryl D. Rylant, CSR, RPR

EXHIBIT

2-Excerpt

pay for it.  Tresa called me back after she forwarded photos and said Jacqueline indeed said the damage is wear and tear."

Did I read that right?

A. You did read that right.

Q. And I think I left off:

"Thanked Tresa for following up and said we will be in touch."

Right?

A. Yeah.  I kept it very professional.

Q. Well, when did Tresa tell you that she thought that this was hail damage to the roof?

A. So, we were on the roof looking at stuff and she, you know, just said basically -- she had already -- I think that's what it was.  When we first drove up, she had said that she didn't see any hail or wasn't going to pay for hail or something like that.  And I said, "Well, then let's look at it together."  And so we did.

And somewhere along the line, I said, "Well, what are you looking for?  What exactly are you looking for?"

She said, "I'm looking for a hail impact that breaks the" -- and I don't know if she used the word "break," but she did reference penetrate, break,