IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF OKLAHOMA

THOMAS H. BATES,                      )
                                      )
     Plaintiff,                       )
                                      )
-vs-                                  )    No. CIV-21-00705-JD
                                      )
STATE FARM FIRE AND CASUALTY          )
COMPANY,                              )
                                      )
        Defendant.                    )

**CERTIFIED COPY**

*  *  *  *  *

REMOTE VIDEOCONFERENCE DEPOSITION OF

JACQUELINE ELAINE DRAPER, VOLUME II

TAKEN ON BEHALF OF THE PLAINTIFF

IN CUMMING, GEORGIA

ON MAY 16, 2022

COMMENCING AT 9:34 A.M. CST

*  *  *  *  *

INSTASCRIPT, L.L.C.
125 PARK AVENUE, SUITE LL
OKLAHOMA CITY, OKLAHOMA  73102
405.605.6880
schedule@instascript.net

REPORTED via Zoom BY:  BETH A. McGINLEY, CSR, RPR, RMR

EXHIBIT
3-Excerpt

say, and discernible damage, then you'd expect her to pay for it.  Is that correct?

A    New and discernible damage from this date of loss and this cause of loss, then, yes, I would expect for her to pay for it.

Q    Well, does that mean that you believe that these two indications of what you call soft metal, at 1594 and 1596, are new and discernable damage from this date of loss?

A    Again, it'd probably be worthwhile to compare the photos from the prior and conclude that.  But, I mean, ultimately that's what the adjuster concluded.

Q    Well, ma'am, I --

A    I -- I (indiscernible) spatter that I indicated that tells me that they've had recent hail or that they've got fresh hail.  But, again, I wasn't ultimately there during the inspection to make that determination, so she did.  And to my knowledge, I believe that she included for that on the estimate.

Q    When you -- when you say, though, that there's -- this hail spatter, you've been trained, I think you're saying, can last up to two years.  Does that mean that it always lasts two years?

A    It does not.

Q    Okay.  So sometimes -- by up to two, I didn't