Jon Derek VanDorn
6/28/2022

Page: 1

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF OKLAHOMA

THOMAS H. BATES,                    )
                                    )
                Plaintiff,          )
                                    )   Case No.
vs.                                 )   CIV-21-00705-JD
                                    )
STATE FARM FIRE & CASUALTY          )
COMPANY,                            )
                                    )
                Defendant.          )

**CERTIFIED COPY**

*   *   *   *

VIDEOCONFERENCE DEPOSITION OF JON DEREK VANDORN

TAKEN ON BEHALF OF THE PLAINTIFF

ON JUNE 28, 2022

IN OKLAHOMA CITY, OKLAHOMA

COMMENCING AT 10:09 A.M. CST

*   *   *   *

INSTASCRIPT, L.L.C.
125 PARK AVENUE, SUITE LL
OKLAHOMA CITY, OKLAHOMA   73102
405.605.6880
schedule@instascript.net

REPORTED BY:  THERESA L. McDANIEL, C.S.R.

**EXHIBIT**
**4-Excerpt**

Jon Derek VanDorn
6/28/2022                                                                    Page: 75

Q    And then if you had the opportunity, as you said, to lift the shingle, you might see cracks or damage to the asphalt that is layering over the fiberglass of the underside or the so-called matting, correct?

A    Correct.  That would be another way to see visually what you feel by feeling it from the topside.

Q    So when you feel the blemish area that has this bruising or softness, you would anticipate, if you did pull the shingle up, you're going to see the damage to the asphalt cracking or whatever underside, because that's -- they go hand in hand you think?

A    I believe so, yes.

Q    Okay.  Is there anything else that you would call typical of generally what you learned in your training on the job with State Farm in recognizing hail damage?

A    Well, I believe you would recognize the randomness of the hail.  You would learn that as a claim rep, that the hail is indiscriminately spread out at least over the slope of the roof that faced the storm.

Q    Okay.  So you -- that kind of has two parts to it, it sounds like.  When you say "slope of the

driving by it, but I mean as far as anything where you could call it an effort to examine the house, it was all done on March 10th of 2022, correct?

A    That's right.  That's the only time I have been to the house.

Q    And there is nothing about the house itself in your examination on March 10th of 2022 that changed in your -- this weekend's report of August -- I'm sorry, June 26th, 2022, right?

A    That's right.

Q    Okay.  Now, so reading your report, I was trying to determine whether or not you believe that there was hail damage to the roof on March 10th of 2022.  Do you?

A    Well, there is certainly hail damage to the soft metals.  The shingles do have a lot of blemishes that don't traditionally present themselves as hail damage, but I cannot eliminate the possibility that there is old hail damage to the roof.

Q    What do you mean by "old"?

A    I didn't see anything fresh.  What possibly is there looked worn.

Q    What do you mean "old, fresh and worn"? What -- how do you demarcate between those terms in hail damage terms?

A    Sure.  So the embedded-type granules are no longer there, if they ever were there, and the asphalt has grayed and has been exposed to the -- to the weather.

Q    So this was something that would have had to have happened since 2012 when the roof was replaced by Aegis, correct?

A    Right.

Q    And you believe that the blemishes you're referring to occurred because hail struck the roof?

A    No, I don't believe all of the blemishes I'm referring to.  It just defies reason that so many of the blemishes would be at the shingles' edges and so few at the face for all of these blemishes to be hail damage.

Q    Well, what else caused it then, these blemishes?

A    Sure.  There could be a few things, but starting when the shingle is being put on or defects in the shingles or some sort of mechanical damage.

Q    So you don't know?  It's one of those things or it's hail, correct?

A    Some may be hail.

Q    Well, do you think some is hail or not?

A    It's possible.  I can't ignore the fact that

Q    And the half-inch outer edges on three sides, which you have calculated to be 11 inches -- or, I'm sorry, 11 point -- or 11, excuse me, and eight hundredths of a square -- let me start over.

The outside perimeter that you have drawn in here, which you say is a half inch of the shingle exposed tab, correct?

A    A half inch of the tab's perimeter, yes.

Q    And the exposed part, correct?

A    Correct.

Q    And that you even calculated that's 11 and eight hundredths of the square inch of space, correct?

A    Correct.

Q    Now, where is it that you come up with your conclusion that the edge of a shingle is a half an inch?

A    Okay.  Sure.  So in Mr. Swain's photographs, the majority or a good number of the blemishes that he inspected, if they were on the edge, they were all within a half inch or less of the edge, and so I used that to demonstrate or to use in my calculations because of his findings.

Q    Sir, you have clearly identified an area of the shingle that you call by definition the face and

an area of the shingle that you call by definition the edge, and I'm trying to find out where did you come up with this view that the half-inch perimeter of the exposed shingle is the defined edge?  Have you seen that in some industry publication?

A    No.  I mean, this is a unique discussion that -- that we're having, and that the majority of the documented blemishes by myself, the claim rep, Mr. Marks and Mr. Swain occurred at the shingle's edge, and Mr. Swain measured those blemishes.

And if it -- if the blemish was at the edge, it came onto the face of the shingle about a half inch or less, so that's the parameters for determining the edge of the tab.

Q    Sir, answer my question.  You can explain it all you want.  I'll even let you here today.  I'm not going to limit you, but I do need you to answer the question posed.

If you don't understand the question, by all means, you ask me to explain it or rephrase it, I will, fair?

A    Sure.

Q    Right now I'm trying to understand is there -- I'll ask it this way.  Is there, to your knowledge, some industry standard that identifies the

edge of a shingle to be a half inch from the outermost portion of the tab inward?

A    Not that I'm aware of.  It was just relevant to this case.

Q    And is there an industry study or publication, authoritative journal article, any sort of scientific, as you say, study that would identify the so-called face of the shingle as being everything inside the half-inch perimeter toward the edge of the shingle?

A    No, these parameters were set because they were unique to this case.

Q    Did Mr. Swain write some information that you read that said something about identifying the half-inch edge of the shingle?

A    No, he didn't.  I'm not sure why he measured them.  He just did.  And so it was useful for this discussion.

Q    Are you saying that all 60 plus blemishes have been measured by Mr. Swain?

A    No.

Q    Well, how many were measured?

A    I can't tell you how many.  Many of the photographs in his productions were.

Q    How can you tell us that any particular

number of the whole of the blemishes that you say you counted in his photos were either inside or outside the half-inch perimeter if you don't have a tape on all of them?

A    Well, there is recognizable consistencies between the ones he did measure and the ones that he didn't measure and Mr. Marks didn't measure.

Q    Sir, do you have any idea whether or not the blemishes that are not measured in Mr. Swain's photographs terminate before they work into the face of the shingle from the edge?

A    I didn't understand that question.

Q    I didn't either.  Let me try again.  Do you have any way to know precisely what the measurement was of any blemish in Mr. Swain's photos if he did not put a tape on them?

A    Not precisely beyond a number close to a half inch or smaller.

Q    Well, what I'm wanting to know is if you can tell us down to the hundredth of a square inch, to put in line and consistent with the data you have included on your pictures, can you tell us within a hundredth of a square inch where a blemish begins or ends on Mr. Marks' -- I mean Mr. Swain's photographs if there was no tape in it?

A    Not within one hundredths of a square inch.

Q    All right.  Now, have you ever seen any one sort of journal article that identifies a measurement of a -- of the edge area of a shingle like you have done here on Page 17 of the report you kicked out this last Sunday?

A    I have not.

Q    Have you seen anybody in all your experience, whether it be training or maybe Haag material that you have read, or even in this -- in litigation where someone else besides you has attempted to conclude that something is or is not hail based on where it lays relative to the edge of a shingle?

A    I have read documentation where it's discussed that hail is random and indiscriminate in where it hits and causes damage, and so this is all unique to this case as a way to demonstrate specific to this case that discussion.

Q    Why didn't you do this when you first wrote your report in March of 2022?

A    I didn't have the Swain photographs at that time.

Q    But you had the Aegis photos, right?

A    Yes.

Jon Derek VanDorn
6/28/2022

Page: 132

Q     So I'm just -- and you clearly said in the March 2022 report that the blemishes, as you call them, are rarely in the field or face and majorly in the -- on the edge of the shingles, so that was important to you at the time.  It was in your report in several places.  Do you agree?

A     I agree.

Q     So why did --

A     The Swain photos --

Q     Why did you not do this analysis in March of 2022?

A     The Swain photos just provided more confirmation to those observations in my March 2022 report, with the added detail of tape measurements that showed consistent-size blemishes almost without exception.

Q     Sir, tell me this, these consistent-size blemishes almost without exception you're saying are through the entire roof pictures that Swain took, correct?

A     Correct.

Q     Now, this is important, so make sure you understand it, please, because I may -- I may need to say it twice.  Are you ready?

A     Yes.

could do that if you wanted to, right?

A   I guess a person could do that, yes, but, you know, wouldn't have a reason to go on the roof with that objective.

Q   You would not have a reason to do that?

A   Right, based on what I knew going into the inspection.

Q   When you -- okay.  What did you know going into the inspection?

A   That I was going out to look at a roof that had been -- that there was some sort of debate of whether there was hail damage or wear and tear damage.

Q   You did not know that from the -- did you look at the claim file?

A   I did.

Q   Okay.  So whatever was in the claim file, you had access to that information before you went on the roof, correct?

A   That's true.

Q   And there was a focus in the claim file, at least in places, of identifying the damage being to the edges of the shingle as if that was some reason to dismiss it being hail.  You do remember that, don't you?

Jon Derek VanDorn
6/28/2022                                                    Page: 136

A    I do.  Yes, it's mentioned in the file.

MR. MILLER:  All right.  Would you put up Exhibit 13 for me, please?  And would you go to the bottom of Page 212 for me?  The very bottom picture. Thank you.

Q    (By Mr. Miller)  Now, sir, this is a brochure that State Farm distributes and allows its customers to have.  Are you familiar with this brochure generally?

A    I am not.

Q    Have you seen this brochure in this case?

A    I have not.

Q    Well, do you see that what's depicted in this photo at the bottom is an isolated what you call circulinear [sic] damage to the -- to a shingle, you see that?

A    I do.

Q    And it's represented to be caused by, created by, a hailstone, correct?

A    That's what the caption says, yes.

Q    And they call it a bruise, just like you used the term, correct?

A    Right.

Q    And how close is this State Farm representation of hailstone damage to a shingle to

You ready?

A    Ready.

Q    Now, what I'm trying to find out is if you can tell me whether this was a one-by-four, a one-by-six, a one-by-eight, a one-by-ten or a one-by-12 that was decking this roof.

A    I cannot.

Q    I want to know if you have any idea what the spacing was in any particular place or across the roof between the one-by decking boards that you saw about an inch of?

A    I did not have a visual observation of that.

Q    Okay.  Do you have some other observation that would tell you what the spacing was across this roof of the decking boards?

A    Well, I know to install a three-tab composition roof, it would be a solidly sheathed decking, so there would be minimal spaces between the boards.

Q    What would be the spaces?

A    One eighth to a quarter inch is what would be expected.

Q    All right.  So if the decking that was under those shingles was more than a quarter-inch spacing, that would be decking that needed to be modified,