**3:04**

< 1    **GB**

**Gary >**

Jul 17, 2019, 6:06 PM

I can head your way

I just came in the door

Jan 7, 2021, 5:58 PM

Hi Gary, your dad's house on Elwood popped up on my calendar review to follow up with you. Are you still wanting to get that roof replaced. We can use a hail storm we had in July for a claim or we can just wait until the next storm. Your call

Probably I would need to talk to him first what would be his out of pocket

iMessage



EXHIBIT

1

Aegis Roofing_-000081