IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF OKLAHOMA

THOMAS H. BATES,                        )
                                        )
                    Plaintiff,          )
                                        )  Case No.
vs.                                     )  CIV-21-00705-JD
                                        )
STATE FARM FIRE & CASUALTY              )
COMPANY,                                )
                                        )
                    Defendant.          )

CERTIFIED COPY

*   *   *   *

VIDEOCONFERENCE DEPOSITION OF JON DEREK VANDORN

TAKEN ON BEHALF OF THE PLAINTIFF

ON JUNE 28, 2022

IN OKLAHOMA CITY, OKLAHOMA

COMMENCING AT 10:09 A.M. CST

*   *   *   *

INSTASCRIPT, L.L.C.
125 PARK AVENUE, SUITE LL
OKLAHOMA CITY, OKLAHOMA   73102
405.605.6880
schedule@instascript.net

REPORTED BY:  THERESA L. McDANIEL, C.S.R.

EXHIBIT

2-EXCERPT

Jon Derek VanDorn
6/28/2022

Q    When you say "fiberglass mat", what does that mean?

A    It's part of the shingle that -- the shingle has several parts or components.  The fiberglass mat provides the reinforcement for the shingle.

Q    Okay.  And when you say "tactile", what does that mean?

A    That means touching and feeling the blemish in the shingle.

Q    What is it about touching the blemish in the shingle that's helpful, if anything?

A    Well, it can tell you when the fiberglass mat is damaged because it will feel soft to the touch.

Q    Okay.  So if you're looking at a shingle that has no apparent damage, no blemish, as you call it, in front of you on a roof, and it's next to another shingle that has what you call a blemish, what is it about touching those two different shingles that would be different, anticipated to be different if there is hail damage?

A    So a hail-caused bruise will be soft to the touch, feel like the soft part of your hand between your thumb and your -- and your finger, index finger.

Q    Like that?