IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF OKLAHOMA

THOMAS H. BATES,                        )
                                        )
                    Plaintiff,          )
                                        )   Case No.
vs.                                     )   CIV-21-00705-JD
                                        )
STATE FARM FIRE & CASUALTY              )
COMPANY,                                )
                                        )
                    Defendant.          )

*   *   *   *

VIDEOCONFERENCE DEPOSITION OF SHARON DENISE ARNOLD

TAKEN ON BEHALF OF THE PLAINTIFF

ON APRIL 4, 2022

IN LANTANA, TEXAS

COMMENCING AT 10:08 A.M. CT

*   *   *   *

INSTASCRIPT, L.L.C.
125 PARK AVENUE, SUITE LL
OKLAHOMA CITY, OKLAHOMA  73102
405.605.6880
schedule@instascript.net

REPORTED BY:  THERESA L. McDANIEL, C.S.R.

EXHIBIT
3-EXCERPT

But other than that, not really.

Q    All right.  Does State Farm, in their training materials on hail damage recognition, have -- speak to damage that looks similar to this and what they call it?

A    I mean, they show photos of things that are and aren't hail damage.  They do show a lot of photos that are wear patterns on roofs.

Q    Well, when they show you photos of wear patterns on roofs in the State Farm materials, do they tell you that those wear patterns are, in fact, hail or do they tell you those are wear patterns?

A    They said that they are wear patterns.

Q    And so if State Farm tells you that there is hail damage to a roof and it shows you a picture of it, do you trust that it is, in fact, hail damage that you're seeing?

A    You're talking about from the Haag training?

Q    Anything from State Farm training, ma'am, yes.  If it's in the State Farm training lexicon, do you believe that if State Farm says it's hail in their training materials, you can bank on it, those pictures are of hail damage?

A    I mean, they are just -- they are trying to show you an exhibit, but, again, trying to help you

in identifying, but you need to do an inspection. You need to get down. You need to feel whether or not there is a bruise on that shingle.

Q    Yeah. Okay. So getting out there and feeling the shingle, that's important, right?

A    Correct.

Q    And the bruise, you can feel it. You can push on it and tell, right?

A    You should be able to, yes.

Q    And are you also familiar with the training from Haag about looking at the underside of a shingle to see if it has any indication of a hail impact?

A    [Inaudible].

Q    Pardon?

A    Yes.

Q    Okay. And what is it you can see on the underside, on the matting of a shingle, that would indicate damage from hail, according to Haag?

A    I mean, sometimes if the hailstones are big enough, they can actually break the mat, but oftentimes -- I mean, that has to be pretty large hail. But oftentimes, a bruise, it's just an indentation. You can lift the shingle up and feel the back of it and you can feel the indention.

Q    Okay. Can you see the indention as well

sometimes?

A    From the -- from the bottom?

Q    Yes.

A    Sure.  If you flip it over, you -- yes, you can see it.

Q    All right.  So you can see an indention if you flip it up and you might see a breaking, I think you said breaking, I think that's what I heard, of the mat, right?

A    Yes.

Q    Now, that -- that's for really large hail, correct?

A    Yes.

Q    Okay.  Well, in any event, I just was trying to find out when -- from the materials that State Farm has you all -- is available for you all to look at on recognition of hail damage, whether they are from Haag or State Farm's own sources, own folks, when State Farm tells you this looks like hail and this is hail, do you feel comfortable that they know what they are talking about?

A    What do I feel comfortable talking about?

Q    Pardon?

A    I'm sorry, I don't understand the question.

Q    It wasn't a very good question.  Let me try