IN THE UNITED STATES DISTRICT COURT FOR

THE WESTERN DISTRICT OF OKLAHOMA

THOMAS H. BATES,                     )
                                     )
              Plaintiff,             )
                                     )
v.                                   ) Case No.
                                     ) CIV-21-00705-JD
STATE FARM FIRE AND CASUALTY )
COMPANY,                             )
                                     )
              Defendant.             )

REMOTE VIDEOCONFERENCE DEPOSITION OF

JACQUELINE ELAINE DRAPER

TAKEN ON BEHALF OF THE PLAINTIFF

IN CUMMING, GEORGIA

April 5, 2022

COMMENCING AT 11:05 A.M. EASTERN TIME

_____

INSTASCRIPT, LLC
125 PARK AVENUE, SUITE LL
OKLAHOMA CITY, OKLAHOMA 73102
schedule@instascript.net

Reported by:  Jeanna D. Whitten, CSR, RPR

EXHIBIT
5-EXCERPT

Jacqueline E. Draper
4/5/2022                                                    Page: 80

okay?

        THE COURT REPORTER:  Yes.

        MR. MILLER:  Okay.  Great.

    Q    (By Mr. Miller)  All right.  Ms. Draper, what I was trying to ask you, I think, is what's supposed to happen when the claims people receive an e-mail like this and pictures like this, what are they supposed to do with them?

    A    So they should review the photos and see if there is any new information and call the policyholder to discuss any concerns that they have with the file.

    Q    What about the request specifically?  This one says demand to ask that a supervisor of supervisors or upper management, someone call the sender?  Is that supposed to happen?

    A    The adjuster may send a task to a team manager to take another look, but not in every case.

    Q    All right.  Let me ask it this way.  What do you believe the expectation was for your team from Mrs. Arnold if an e-mail like this comes in, what's the expectation?  Should you interact with this sender, should Mrs. Arnold, or should Eric Daly, or how do you -- how would you explain the

expectation of State Farm in this regard?

A    Yeah, I mean, again, I would expect the adjuster to review the photos that the policyholder had submitted to see if we have any new information and call the policyholder to discuss.  If they were able to resolve any issues, then great.  And if the policyholder wanted to speak with management, the claim handler would then send a task to the team manager to discuss with the policyholder.

Q    Okay.  So if I'm hearing you right, the only way that this would come up to you as team manager is if the claims handler that took on the task of this e-mail could not resolve things with the policyholder or whoever is sending it.

Is that right?  Is that correct?

A    Yes.

Q    And by the way, Mr. Thomas Bates is the insured, but he had asked that his son handle this for him.  Do you have any problem at State Farm and the claim handlers in your world recognizing that and dealing with the son because the father wanted it that way?

A    We prefer to get that in writing, the policyholder designating someone to be handling that on their behalf, but I'm not sure that -- if

A    No.

Q    Now, how long was she on your team as a staff adjuster?

A    I'd -- I'd have to go back and look.  Maybe a year.

Q    And during that time, did Ms. Jacome ever -- was she ever allowed the authority to make a decision about a hail claim, without your oversight?

A    Yes, she had the ability to make claim decisions, yes.

Q    All right.  Did you read her testimony, Ms. Jacome?

A    No.

Q    All right.  At the time of -- of this loss in 2021, it was being worked -- I think it was around February of 2021 -- did Ms. Jacome have the authority to make a decision about totaling a roof for hail damage, without your approval, if you know?

A    I'd have to look at the specific time.  But, yes, she did.  I mean, ultimately, I would ask them to just make sure that they were going over their investigation, what their process was, what they were seeing, making sure that they didn't miss anything and that we were truly being consistent.

So if they had questions, they would call me.

They may text me.  But, I mean, ultimately if they felt confident in their decisions, then, yes, they had the authority to make those.

Q    So I'm -- let me sort out what you just said.

Do you believe Ms. Jacome had the authority at the time of this claim, February of 2021, to make a decision about whether or not to total, for hail damage, the Bates roof, without talking to you?

A    I think at the time, I had asked that she just review her decisions with me again, as I said, to make sure that they're thought out and that she was looking at the weather data, she was looking at the collateral, she was looking at her ridges and her valleys in these areas that we commonly see as damage long before the other areas on the roof were damaged, that she was able to speak knowledgeably about bruising on the roof, or lack thereof, and those kind of things, to make sure that she was truly doing a -- a thorough and true investigation and inspection before she made that decision.

Q    Okay.  So, in other words, the short version is, you believe at the time that Ms. Jacome was adjusting this claim for the Bates family, February of 2021, that she would be expected to go over what she saw and what she did with you before a decision was made.

Is that correct?

A    Correct.  She would -- she would just review, ultimately, the area -- where she arrived at, what -- you know, "Here's what my inspection was, here's what my investigation was, here are all of the things that I considered," and then have a conversation with where she was at.

So that's -- that's not an uncommon practice.

Q    At the time of the Bates roof in February of 2021, when Ms. Jacome was looking at it, up to that time, had Ms. Jacome been involved in any roof inspection where you approved a total loss roof claim?

A    Brad, I -- I don't remember exactly the -- the claims I looked at that week or that day or month or exactly what -- what time frame, I mean, so I -- I -- I couldn't answer that honestly.

Q    What about her on-roof training?  Did she have someone go with her from State Farm when she first had her own claims to look at?

A    Yes.  I believe she did, yes.

Q    Do you remember who that was?

A    I -- I do not, off the top of my head.

Q    All right.  Was it you?  Did you ever go onto a roof with Tresa Jacome?

A    I don't recall.  I don't remember if I -- if I