IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF OKLAHOMA

THOMAS H. BATES,

    Plaintiff,

VS.

STATE FARM FIRE AND CASUALTY
COMPANY,

    Defendant.

Case Number
CIV-21-705-JD

CERTIFIED COPY

\* \* \* \* \*

DEPOSITION OF AMY LYNNE LANIER
TAKEN ON BEHALF OF THE DEFENDANT
IN OKLAHOMA CITY, OKLAHOMA
ON JUNE 24, 2022
COMMENCING AT 9:05 A.M.

\* \* \* \* \*

INSTASCRIPT, LLC
125 PARK AVENUE, SUITE LL
OKLAHOMA CITY, OKLAHOMA  73102
405.605.6880
schedule@instascript.net

Reported by:  Cheryl D. Rylant, CSR, RPR

EXHIBIT

6-EXCERPT

Amy Lanier
6/24/2022

"I don't remember" to something, that's okay, you just need to let me know.  Okay?

A. Okay.  Yes.

I don't have any records or anything to look back on; so you probably know more than I do on the dates.

Q. Well, so it's July 23rd, 2020.

A. Okay.

Q. That's actually what you remember; right?

A. Yeah.  Yeah.  Around July, yes.

Q. What did you do for American Farmers & Ranchers?

A. I was an adjuster.

Q. Property?

A. Oh, yes.  Property.

Q. So homeowners?

A. Yes.

Q. Let's talk a little bit about your history with State Farm.

Prior to going to work with State Farm, did you have any experience in the insurance industry?

A. No.

Q. What made you interested in a job as an insurance adjuster?

A. I had a friend that had recently got a job

Amy Lanier
6/24/2022

discussed today?

A. No.  I can't think of anything right now. Sorry.

Q. If that changes, let me know.

A. I will.

Q. Okay.

A. I will.

Q. Now, when the Bates claim arose -- and I may need to go back and find the date of loss, I don't remember.  But you had already -- I think it arose in 2021, May, June, somewhere -- well, I may be off.

2021 is definitely when the claim arose.  You would have already left State Farm?

A. Correct.

Q. So, it would be 100 percent accurate to say that you had no involvement in the Bates claim?

A. Correct.

Q. And have you reviewed the Bates policy?

A. No.

Q. Have you reviewed any portion of the claim file for --

A. No.

Q. -- the Bates claim?

A. No.  Absolutely not.

Q. And I guess -- I'm going to ask this, but