

SF.BATES_000336



SF.BATES_000356



SF.BATES_000365