IN THE UNITED STATES DISTRICT COURT FOR

THE WESTERN DISTRICT OF OKLAHOMA

THOMAS H. BATES,                    )
                                    )
            Plaintiff,              )
                                    )
v.                                  ) Case No.
                                    ) CIV-21-00705-JD
STATE FARM FIRE AND CASUALTY )
COMPANY,                            )
                                    )
            Defendant.              )


REMOTE VIDEOCONFERENCE DEPOSITION OF

GARY WAYNE BATES

TAKEN ON BEHALF OF THE DEFENDANT

IN OKLAHOMA CITY, OKLAHOMA

MARCH 11, 2022

COMMENCING AT 10:44 A.M.

_____

INSTASCRIPT, LLC
125 PARK AVENUE, SUITE LL
OKLAHOMA CITY, OKLAHOMA 73102
schedule@instascript.net

Reported by:  Jeanna D. Whitten, CSR, RPR

**EXHIBIT**

**8-EXCERPT**

Gary Bates
3/11/2022                                                      Page: 79

matter whatever opinion the engineer you hired

would say because they were just going to hire

someone that they knew would say what they wanted

him to say?

A    Definitely.

MS. WILLIAMS:  Object to form.

You can answer.

THE WITNESS:  Definitely.

Q    (By Ms. Landeros)  When you were having

conversations with your father and updating your

father on what was going on with this claim, how

was what was going on and State Farm's actions

effecting the two of you?

A    I don't think it effected him a tremendous

amount.  I mean, I'm sure he -- I think he worried

more about me dealing with it than him having to

deal with it because he knew he wasn't -- he really

wasn't dealing with it much.  I mean, he probably

lost some sleep.

I have definitely lost lots of sleep.  I

grind my teeth at night to the point where my mouth

is sore, including today.  My blood pressure is up

about 50 points every time that an issue comes up

with State Farm.  It was 172/92 or 177/92 today.

And it will go back down probably tomorrow, I hope.