**Job#4906**

From: Jonathan Marks Sent: Thursday, January 13, 2022 10:33 AM To: eve@aegisroofingok.com Subject: FW: 36-16D0-21W I will be sending you email communication between Gary and/or Marian Bates. This is the first one. Jonathan Marks Aegis Roofing & Construction 405-285-0123 From: Jonathan Marks > Sent: Tuesday, March 30, 2021 3:13 PM To: 'GARY Bates' > Subject: RE: 36-16D0-21W I know your comment was tongue in cheek but it really burns me that SF is not paying for Email received from: (admin@aegisroofingok.com)

2022-01-13 10:50 AM    **Email**

**Job#4906**

From: Jonathan Marks Sent: Thursday, January 13, 2022 10:46 AM To: eve@aegisroofingok.com Subject: FW: [EXTERNAL] 36-16D0-21W Hmm, don't see where I ever replied to this email from Marian? Jonathan Marks Aegis Roofing & Construction 405-285-0123 From: batesgm@aol.com > Sent: Thursday, June 10, 2021 12:17 PM To: jonathan@aegisroofingok.com Subject: Re: [EXTERNAL] 36-16D0-21W Hi jonathan, hope your summer is going well. finally hot weather..ugg I have j Email received from: (admin@aegisroofingok.com)

2022-01-05 03:10 PM    **Jonathan Marks - Aegis Roofing**

Much like we did before, we need to begin gathering information noted in the subpoena and have it ready to present by 1/18/22. I'll begin working on text threads and check to see if I sent any emails outside of Nimbus.
@MaryGayAegisRoofing @EveAndersonAegisRoofing

2021-06-12 01:58 PM    **Jonathan Marks - Aegis Roofing**

**job #4906**
Email received from: Jonathan Marks (jonathan@aegisroofingok.com)

2021-06-12 01:57 PM    **Jonathan Marks - Aegis Roofing**

Call them - Task has been completed

2021-06-12 01:47 PM    **Jonathan Marks - Aegis Roofing**

Eve,
Shawna Landeros, attorney with Miller/Johnson requested the Thom Bates file. Will you call her and see exactly what she needs then send it to her? Thank you. Her number is 405-437-2244
@EveAndersonAegisRoofing

2021-04-23 01:36 PM    **Jonathan Marks - Aegis Roofing**

Update: Gary Bates is meeting with Miller and Johnson attorneys next week.
Corbin called back and said he wanted to take on this assignment but I told him attorneys were getting involved and his need for an inspection and report was put on hold

2021-04-23 01:35 PM    **Jonathan Marks - Aegis Roofing**

I met with Corbin on the scheduled time. He was just passing through the metro area from Tulsa on his way to Dallas. He spent over 30 minutes on the roof and took numerous photos. He wanted to get back with me on whether he wanted to accept the assignment from Mr. Bates to do a full inspection and report. He said he believes it to be hail damage

2021-04-03 09:46 AM    **Jonathan Marks - Aegis Roofing**

I have spoken to Corbin Swain, PE. He will inspect on March 12 with me around 2:00 pm

2021-03-29 08:14 AM    **Jonathan Marks - Aegis Roofing**

Status changed from Inspected to Signed Contract- Verifying Finances



EXHIBIT 2

Aegis Roofing_-000116

| | |
|---|---|
| 2021-01-07 06:00 PM | **Jonathan Marks - Aegis Roofing** |

Emailed Gary Bates, Thom's son to see if he wants to go ahead and file a claim or wait until next storm

| | |
|---|---|
| 2019-10-29 01:33 PM | **Eve Anderson - Aegis Roofing** |

Job Updated
Sales Rep: => Jonathan Marks - Aegis Roofing

| | |
|---|---|
| 2019-05-06 08:19 AM | **Jonathan Marks - Aegis Roofing** |

Status changed from Lead to Inspected

| | |
|---|---|
| 2019-05-06 08:19 AM | **Jonathan Marks - Aegis Roofing** |

Inspected roof on Saturday. Has some hail damage but not sure enough. Was insured with Kirk Fuqua but now with Chaumont. Told Mr. Bates to hold off filing a claim until I get back with him.

| | |
|---|---|
| 2019-05-03 09:39 AM | **Jonathan Marks - Aegis Roofing** |

Thom is Gary Bates' dad. Gary asked me to call Thom. I did and will meet him at his rental 2605 Elwood Dr, Edmond tomorrow morning around 9:00 - 9:30

| | |
|---|---|
| 2019-05-03 09:36 AM | **Jonathan Marks - Aegis Roofing** |

Assigned Job: Bates, Thom #4906

| | |
|---|---|
| 2019-05-03 09:36 AM | **Automation (Job)** |

**[Job #4906] New Job**
You have been assigned a new job! Go crush it!   Thom Bates 2605 Elwood Dr Edmond,OK 73013 Main phone: (405) 348-3358 Mobile phone:   Contact Description: Job Description: Email sent to: Jonathan Marks - Aegis Roofing (jonathan@aegisroofingok.com)

| | |
|---|---|
| 2019-05-03 09:36 AM | **Jonathan Marks - Aegis Roofing** |

Related to job: Bates, Thom #4906

| | |
|---|---|
| 2019-05-03 09:35 AM | **Jonathan Marks - Aegis Roofing** |

Job Created