```
 1            IN THE UNITED STATES DISTRICT COURT

 2           FOR THE WESTERN DISTRICT OF OKLAHOMA

 3    THOMAS H. BATES,

 4         Plaintiff,

 5    VS.                                Case Number
                                         CIV-21-705-JD
 6    STATE FARM FIRE AND CASUALTY
      COMPANY,
 7
           Defendant.
 8
                      CERTIFIED COPY
 9

10                      * * * * *

11            DEPOSITION OF JONATHAN MARKS
           TAKEN ON BEHALF OF THE DEFENDANT
12            IN OKLAHOMA CITY, OKLAHOMA
                  ON JUNE 23, 2022
13             COMMENCING AT 9:00 A.M.

14                      * * * * *

15

16

17

18

19

20

21
                   INSTASCRIPT, LLC
22           125 PARK AVENUE, SUITE LL
           OKLAHOMA CITY, OKLAHOMA  73102
23                 405.605.6880
              schedule@instascript.net
24

25     Reported by:  Cheryl D. Rylant, CSR, RPR
```

schedule@instascript.net
(405) 605-6880 instaScript

EXHIBIT 3-Excerpt

```
 1       pay for it.  Tresa called me back after she
 2       forwarded photos and said Jacqueline indeed
 3       said the damage is wear and tear."
 4           Did I read that right?
 5       A. You did read that right.
 6       Q. And I think I left off:
 7           "Thanked Tresa for following up and
 8       said we will be in touch."
 9           Right?
10       A. Yeah.  I kept it very professional.
11       Q. Well, when did Tresa tell you that she
12  thought that this was hail damage to the roof?
13       A. So, we were on the roof looking at stuff and
14  she, you know, just said basically -- she had
15  already -- I think that's what it was.  When we first
16  drove up, she had said that she didn't see any hail
17  or wasn't going to pay for hail or something like
18  that.  And I said, "Well, then let's look at it
19  together."  And so we did.
20       And somewhere along the line, I said, "Well,
21  what are you looking for?  What exactly are you
22  looking for?"
23       She said, "I'm looking for a hail impact that
24  breaks the" -- and I don't know if she used the word
25  "break," but she did reference penetrate, break,
```

1   split, crack, something the mat of the shingle.
2         And I immediately went over to a hail impact,
3   one of hundreds, and pulled up a shingle where there
4   was an obvious break in the mat and I showed it to
5   her.  And I said, "Do you mean like this?"  Those
6   were my exact words.  I do remember that distinctly
7   because I also remember her exact response and it
8   was, "That might be hail."
9         Q.  Okay.  Did you have to break the seal to look
10  at the shingle?
11        A.  No.
12        Q.  It was already broken?
13        A.  Yes.
14        Q.  Did you read any of the depositions that have
15  been given in the case?
16        A.  No.
17        Q.  So, you've not read Mrs. Jacome's deposition?
18        A.  No.
19        Q.  Were you aware that she testified that she
20  told you she thought what she was seeing was wear and
21  tear?
22        A.  I was not aware that she said that in her
23  deposition.
24        Q.  Have you seen the text messages that she sent
25  to Jacqueline Draper the same day she inspected with