```
"name","email","body","direction","other_party","timestamp CST","employee_id","phone_number","message_id","Attachments",
"TRUW","jacqueline.draper.truw@statefarm.com","Ok thanks ","i","+1.501.596.2233","2/23/2021 1:34:37 PM","31636","+1.309.830.9262","67811254",
"TRUW","jacqueline.draper.truw@statefarm.com","It is very evident they didn't replace those vents. Those are likely original. I don't see anything in the photos you sent. ","o","+1.501.596.2233","2/23/2021 1:34:04 PM","31636","+1.309.830.9262","67811236",
"TRUW","jacqueline.draper.truw@statefarm.com","Nothing personal he said ","i","+1.501.596.2233","2/23/2021 1:32:38 PM","31636","+1.309.830.9262","67811212",
"TRUW","jacqueline.draper.truw@statefarm.com","So an engineer is being retained. ","i","+1.501.596.2233","2/23/2021 1:32:32 PM","31636","+1.309.830.9262","67811216",
"TRUW","jacqueline.draper.truw@statefarm.com","","i","+1.501.596.2233","2/23/2021 1:32:23 PM","31636","+1.309.830.9262","67811231","=HYPERLINK(""Attachments/1-IMG_0458.jpg"",""Attachments/1-IMG_0458.jpg"")",,
"TRUW","jacqueline.draper.truw@statefarm.com","","i","+1.501.596.2233","2/23/2021 1:32:23 PM","31636","+1.309.830.9262","67811232","=HYPERLINK(""Attachments/2-IMG_0459.jpg"",""Attachments/2-IMG_0459.jpg"")",,
"TRUW","jacqueline.draper.truw@statefarm.com","","i","+1.501.596.2233","2/23/2021 1:32:23 PM","31636","+1.309.830.9262","67811230","=HYPERLINK(""Attachments/3-IMG_0460.jpg"",""Attachments/3-IMG_0460.jpg"")",,
"TRUW","jacqueline.draper.truw@statefarm.com","Anyway told roofer it was wear his name Jonathan marks ","i","+1.501.596.2233","2/23/2021 1:32:09 PM","31636","+1.309.830.9262","67811177",
"TRUW","jacqueline.draper.truw@statefarm.com","","i","+1.501.596.2233","2/23/2021 1:32:00 PM","31636","+1.309.830.9262","67811180","=HYPERLINK(""Attachments/4-IMG_0461.jpg"",""Attachments/4-IMG_0461.jpg"")",,
"TRUW","jacqueline.draper.truw@statefarm.com","Same things as those.  Lots of hail to soft metals ","i","+1.501.596.2233","2/23/2021 1:30:16 PM","31636","+1.309.830.9262","67811108",
"TRUW","jacqueline.draper.truw@statefarm.com","Anything on the ridge, valley, etc?","o","+1.501.596.2233","2/23/2021 1:29:57 PM","31636","+1.309.830.9262","67811114",
"TRUW","jacqueline.draper.truw@statefarm.com","Looks like your edges are wearing","o","+1.501.596.2233","2/23/2021 1:29:33 PM","31636","+1.309.830.9262","67811134",
"TRUW","jacqueline.draper.truw@statefarm.com","What do you think about these? Hail? Or wear?","i","+1.501.596.2233","2/23/2021 1:28:58 PM","31636","+1.309.830.9262","67811061",
"TRUW","jacqueline.draper.truw@statefarm.com","","i","+1.501.596.2233","2/23/2021 1:28:45 PM","31636","+1.309.830.9262","67811075","=HYPERLINK(""Attachments/5-IMG_0455.jpg"",""Attachments/5-IMG_0455.jpg"")",,
"TRUW","jacqueline.draper.truw@statefarm.com","","i","+1.501.596.2233","2/23/2021 1:28:45 PM","31636","+1.309.830.9262","67811076","=HYPERLINK(""Attachments/6-IMG_0454.jpg"",""Attachments/6-IMG_0454.jpg"")",,
"TRUW","jacqueline.draper.truw@statefarm.com","","i","+1.501.596.2233","2/23/2021 1:28:45 PM","31636","+1.309.830.9262","67811077","=HYPERLINK(""Attachments/7-IMG_0453.jpg"",""Attachments/7-IMG_0453.jpg"")",,
"TRUW","jacqueline.draper.truw@statefarm.com","","i","+1.501.596.2233","2/23/2021 1:28:45 PM","31636","+1.309.830.9262","67811073","=HYPERLINK(""Attachments/8-IMG_0457.jpg"",""Attachments/8-IMG_0457.jpg"")",,
"TRUW","jacqueline.draper.truw@statefarm.com","","i","+1.501.596.2233","2/23/2021 1:28:45 PM","31636","+1.309.830.9262","67811074","=HYPERLINK(""Attachments/9-IMG_0456.jpg"",""Attachments/9-IMG_0456.jpg"")",,
"TRUW","jacqueline.draper.truw@statefarm.com","Ok thank you ","i","+1.501.596.2233","2/23/2021 1:28:10 PM","31636","+1.309.830.9262","67810986",
"TRUW","jacqueline.draper.truw@statefarm.com","Hey I pulled a couple Guthrie claims off you and moved to hope. One came in today and one you hadn't had a chance to contact yet. She is only an hour away","o","+1.501.596.2233","2/23/2021 1:12:27 PM","31636","+1.309.830.9262","67810571",
```



EXHIBIT 4