```
 1              IN THE UNITED STATES DISTRICT COURT FOR

 2                 THE WESTERN DISTRICT OF OKLAHOMA

 3

 4    THOMAS H. BATES,                )
                                      )
 5              Plaintiff,            )
                                      )
 6    v.                              )  Case No.
                                      )  CIV-21-00705-JD
 7    STATE FARM FIRE AND CASUALTY    )
      COMPANY,                        )
 8                                    )
                Defendant.            )
 9

10

11          REMOTE VIDEOCONFERENCE DEPOSITION OF

12                    GARY WAYNE BATES

13          TAKEN ON BEHALF OF THE DEFENDANT

14             IN OKLAHOMA CITY, OKLAHOMA

15                    MARCH 11, 2022

16              COMMENCING AT 10:44 A.M.

17    _____

18

19

20

21

22

23                   INSTASCRIPT, LLC
                125 PARK AVENUE, SUITE LL
24            OKLAHOMA CITY, OKLAHOMA 73102
                 schedule@instascript.net
25


           Reported by:  Jeanna D. Whitten, CSR, RPR
```

schedule@instascript.net
(405) 605-6880 instaScript

EXHIBIT 5-Excerpt

```
 1   matter whatever opinion the engineer you hired
 2   would say because they were just going to hire
 3   someone that they knew would say what they wanted
 4   him to say?
 5        A    Definitely.
 6             MS. WILLIAMS:  Object to form.
 7             You can answer.
 8             THE WITNESS:  Definitely.
 9        Q    (By Ms. Landeros)  When you were having
10   conversations with your father and updating your
11   father on what was going on with this claim, how
12   was what was going on and State Farm's actions
13   effecting the two of you?
14        A    I don't think it effected him a tremendous
15   amount.  I mean, I'm sure he -- I think he worried
16   more about me dealing with it than him having to
17   deal with it because he knew he wasn't -- he really
18   wasn't dealing with it much.  I mean, he probably
19   lost some sleep.
20             I have definitely lost lots of sleep.  I
21   grind my teeth at night to the point where my mouth
22   is sore, including today.  My blood pressure is up
23   about 50 points every time that an issue comes up
24   with State Farm.  It was 172/92 or 177/92 today.
25   And it will go back down probably tomorrow, I hope.
```