

State Farm General Insurance Company

March 15, 2021

THOMAS H BATES
811 SUNNY BROOK DR
EDMOND, OK 73034-4852

State Farm Insurance Companies
One State Farm Plaza
Bloomington, IL 61710-0001

RE:    Claim Number:    36-16D021W
       Date of Loss:    July 3, 2020
       Type of Policy:    Rental Dwelling FP8103.3
       Policy Number:    96-BJ-1252-5
       Loss Location:    2605 Elwood Dr.
                         Edmond, OK 73013-4423

Dear Mr. Bates:

This letter addresses your request for an additional inspection and/or payment of the estimate you submitted for your roof.

As you are aware, I inspected your home on February 23, 2021.  At the time of the inspection, our observation found that your roof exhibited shingles with wear due to age and extensive wear around the edges.

Your contractor submitted photos and an estimate for your roof to be replaced.  We have reviewed the photos, and have found no new evidence supporting hail damages.  The photos are consistent with the wear, tear and deterioration found during our inspection.

If there is new damage that has occurred since our inspection and you would like to present a claim to State Farm Insurance for review and consideration it would be considered a separate occurrence for new damage and be handled as a separate claim.

Please refer to Rental Dwelling policy FP 8103.3, for the following applicable language:

## SECTION I - LOSSES INSURED

### COVERAGE A - DWELLING AND COVERAGE B - PERSONAL PROPERTY

We insure for accidental direct physical loss to the property described in Coverage A and Coverage B, except as provided in Section I - Losses Not Insured.

Please refer to **SECTION I - LOSSES NOT INSURED**, which states:

## SECTION I - LOSSES NOT INSURED

**EXHIBIT**

**1**

exhibitsticker.com

SF.BATES_000144

Thomas Bates
36-16D0-21W
Page 2

1.    We do not insure for loss to the property described in Coverage A and Coverage B either consisting of, or directly and immediately caused by, one or more of the following:

    i.    wear, tear, marring, scratching, deterioration, inherent vice, latent defect and mechanical breakdown;

This Company does not intend, by this letter, to waive any policy defenses in addition to those stated above, and reserves its right to assert such additional policy defenses at any time.

The Oklahoma Fair Claims Settlement Practices Regulations state that you must be notified of the following policy provision concerning suits against State Farm:

### SECTION I – CONDITIONS

8.    **Suit Against Us.**  No action shall be brought unless there has been compliance with the policy provisions.  The action must be started within one year after the date of loss or damage.  However, if the cause of loss or damage is burglary, theft, larceny, robbery, forgery, fraud, vandalism, malicious mischief, confiscation, wrongful conversion, disposal or concealment, the action must be started within two years from the time the cause of action accrues

If you have any additional information regarding your claim which has not been previously considered, or if you desire any additional explanation regarding this matter, please contact me at (844) 458-4300 Ext. 3097631095.

Sincerely,

Tresa Dunnican-Jacome
Claim Specialist
(844) 458-4200 Ext. 3097631095

SF.BATES_000145