

**OKLAHOMA INSURANCE DEPARTMENT**

Insurance Commissioner, Glen Mulready



400 NE 50ᵗʰ Street
Oklahoma City, OK 73105     405.521.2935     oid.ok.gov

April 20, 2021

Thomas Bates
811 Sunny Brook Dr
Edmond, OK 73034

RE: State Farm
    OID FILE NUMBER: 88792

Dear Thomas Bates;

Enclosed is a copy of a letter received from State Farm, which is in response to our inquiry on your behalf.

As an administrative office, the Oklahoma Insurance Department does not have the authority to determine the cause of a loss or the amount to be paid for a loss. The position taken by the company presents a question of fact, which under the present Oklahoma Laws can only be determined in a court having proper jurisdiction. If you wish to pursue this matter, it appears that litigation may be necessary.

The Oklahoma Insurance Code provides this office with the laws used to regulate the insurance industry. Although we appreciate your position, our review of this file does not indicate the company violated any laws or regulations as enforced by this office. Your claim appears to have been processed in accordance with the terms and provisions of your policy.

We regret that we are unable to provide you with a more positive response, but hope this information is of some assistance to you.

Sincerely,

Danny Chambers
Property and Casualty Analyst
Consumer Assistance/Claims Division
danny.chambers@oid.ok.gov
Phone: (405)521-2991 Fax: (405)521-6652

**EXHIBIT**

**2**

**Bates 0179**