

Oklahoma Insurance Department
Consumer Assistance/Claims Division
400 NE 50th Street
Oklahoma City, OK 73105
1 (800) 522-0071 or (405) 521-2991

## Consumer Complaint for Case 88792          Submitted on 04/05/2021

### Complainant's Information

First Name: Thomas     Middle Name: H     Last Name: Bates

Address Line 1: 811 Sunny Brook Dr

Address Line 2:

Address Line 3:

Address Line 4:

Address Line 5:

Address Line 6:

City: Edmond     State: Oklahoma     County:     ZIP: 73034

Email Address: batesgm@aol.com

Do you wish to receive email confirmation?: Yes

Phone Number: 4059218416     EXT:

Alternate Phone Number:     EXT:

How do you prefer to be contacted?   : Phone Number

### Insured's Information(If different than above)

First Name:     Middle Name:     Last Name:

### Interested Party Information

First Name:     Last Name:     Description:

First Name:     Last Name:     Description:

First Name:     Last Name:     Description:

First Name:     Last Name:     Description:

### Insurance Information

Who is the Complaint Against? Provide the name of one or more of the parties you are complaining against.

   a. Name of Insurance Company: State Farm Insurance

   b. Name of Insurance Agency: Jennifer Lowder

   c. Name of Agent, Adjuster, Appraiser:

      First Name: Tresa     Last Name: Dunnican-Jacome

In what state did you purchase this plan?: Oklahoma

How was the Policy Purchased?: Agent

Policy Number: 96BJjQ2525     Certificate Number:     Claim Number: 3616D021W

Date of Loss/Service: 07/03/2020     Date of Purchase:     Date Of Cancellation:

Insured Age Group: 65+     Amount in Dispute:

Type of Insurance: Home

Reason For Complaint: Claim Denial

Details Of Complaint: Hail claim of roof damage was denied, based on a field office adjuster looking at a photo. I have photos taken by my roofer (who was an adjuster & supervisor for over 20 years). They clearly show hail damage. Even I can see that in the photos. State Farm DID pay for hail damage to garage door, window screen and glazing bead. Power attic vent cover, roof flashing & exhaust cap

**Bates 0177**

which were pulverized by the hail all on the roof. Miraculously missing the shingles. This is an abuse of consumer rights. Now they tell me I have to hire an engineer to do an inspection of the roof, at my expense. I'm 96 years old and not capable of putting up much of a fight, but my son Gary Bates is handling this miscarriage of claims processing for me. I hope this complaint will find some resolution.

Authorization Text:

With this knowledge, I give my consent to the release of all information
in my medical records including any information concerning my identity and
release the OKLAHOMA INSURANCE DEPARTMENT and its duly authorized agents
and employees from any liability in connection with the release of the
information contained herein.

Authorization Accepted: Yes

Mailing additional supporting information: N/A

**EXHIBIT**

3

Bates 0178