

April 15, 2021

State Farm Insurance Companies
PO Box 2320
Bloomington, IL 61702-2320

Oklahoma Department of Insurance
Consumer Assistance/Claims Division
Attention: Danny Chambers
400 NE 50th Street
Oklahoma City, OK 73105

Re:   DOI File Number:        88792
      Complainant:            Thomas Bates
      Claim Number:           36-16D0-21W
      Date of Loss:           July 3, 2020
      Policy Number:          96-BJ-Q251-5
      Company Name:           State Farm Fire and Casualty
      NAIC:                   25143
      Policy Issue Date:      October 10, 2010

Dear Mr. Chambers:

Thank you for the opportunity to respond to the inquiry filed with your office by Thomas Bates.

We insure Thomas Bates under a Rental Dwelling Policy Form FP-8103.3 with an effective date of October 10, 2019 and an expiration date of October 10, 2020. This policy carries a deductible of $1,000.

Mr. Bates filed a claim on February 4, 2021 for hail damage to this home that was reported to have occurred on July 3, 2020.  Claim Specialist Tresa Dunnican-Jacome (OK-3000265493) made contact with Mr. Bates and scheduled inspection for February 23, 2021.

On February 23, 2021 Mrs. Dunnican-Jacome met with contractor Jonathan Marks with Aegis Roofing and completed a full inspection of the exterior of the home and the roof. Inspection of the exterior revealed small hail damage to soft metals such as the overhead door, mailbox, screens, and window bead. Inspection of roof revealed only minor cosmetic hail damage to the roof vents. The roof is a three tab composition shingle that is beginning to show signs of wear/tear. There was no hail or wind damage to the roof shingles.

An estimate in the amount of $2,020.18 was written for the covered damages and after application of the deductible and depreciation, an actual cash value payment in the amount of $260.12 was issued to Mr. Bates.

On March 11, 2021 photos and a letter from Aegis Roofing was received to request a second inspection. The photos did not illustrate covered damages that were not already included for in the State Farm estimate and a second inspection was not warranted.

**Bates 0181**

We believe we have properly evaluated the damages under Mr. Bates' Homeowners Policy. If you have any additional questions regarding this matter, please contact Jacqueline Draper, Claim Team Manager at 309-830-9262 or by email at Jacqueline.Draper.truw@statefarm.com

Sincerely,

*Sharon Arnold*

Sharon Arnold
Claim Section Manager
State Farm Fire and Casualty Company

Attachments:  FP 8103.3, State Farm Estimate, and Photos, Second Inspection Denial

**EXHIBIT**

**4**

**Bates 0182**