A. Joint Exhibits:

| Joint Ex. No. | Title/Description |
|---|---|
| JX1. | State Farm claim file for Plaintiff's claim SF.BATES_000032 – 367 |
| JX2. | Certified Copy of Plaintiff's Policy and Renewal Certificate, SF.BATES_000001–31 |
| JX3. | February 23, 2021, Text Message Exchange between Jacqueline Draper and Tresa Dunnican-Jacome with Photos, BATE00001589PROD–1597PROD |
| JX4. | January 3, 2021, AccuWeather Hail Report, Aegis Roofing_000001–3 |
| JX5. | February 4, 2021, Letter from State Farm—Loss Report Received, SF.BATES_000115 |
| JX6. | February 5, 2021, Claims Ready Report, SF.BATES_000248–261 |
| JX7. | February 5, 2021, AccuWeather Hail Report, SF.BATES_000150–152 |
| JX8. | Tresa Dunnican-Jacome's Scope Sheet, SF.BATES_000318–320 |
| JX9. | February 23, 2021, Tresa Dunnican-Jacome Letter with Estimate and Payment, SF.BATES_000113–114 |
| JX10. | February 23, 2021, State Farm's Estimate, SF.BATES_000307–313 |
| JX11. | State Farm's Photographs from Inspection, SF.BATES_314–317; and SF.BATES_321–366 |
| JX12. | March 2021, Aegis Roofing Estimate, Bates 0132–135 |
| JX13. | March 10, 2021, Email from Jonathan Marks to State Farm agent with attachments, SF.BATES_000288–299 |
| JX14. | March 15, 2021, Email from State Farm with partial denial attached, SF.BATES_000143–148 |

| | |
|---|---|
| JX15. | April 12, 2021, State Farm's Estimate, SF.BATES_000300–306 |
| JX16. | Dwelling Sketches, SF.BATES_000231–234; SF.BATES_000262–263 |
| JX17. | Aegis Roofing File Notes, Aegis Roofing_000114–118 |