B. Plaintiff's Additional Exhibit List:

| No. | Title/Description | Objection | Federal Rule of Evidence Relied Upon |
|---|---|---|---|
| 1. | State Farm claim file for Plaintiff's claim [SF.BATES_000032 – 367] | | |
| 1a. | Excerpts of photographs of pipe jacks from State Farm's claim file for Plaintiff's claim [SF.BATES_000281, 284, 287, 293, and 298] | | |
| 2. | State Farm's Operation Guides, Standard Claim Processes and Oklahoma Jurisdictional References [BATET00000001PROD – 1006PROD] | Vague, lacks the specificity necessary to assert an objection at this time. All objections reserved.<br><br>Relevance; probative value substantially outweighed by danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, and/or needlessly presenting cumulative evidence; hearsay. | FRE 401-403; 802 |
| 3. | Jacqueline Draper's text messages with Tresa Dunnican-Jacome [BATET00001589PROD – 1597PROD] | | |

| 4. | State Farm training video "Composition Damage" | Relevance; probative value substantially outweighed by danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, and/or needlessly presenting cumulative evidence; hearsay. | FRE 401-403; 802 |
|---|---|---|---|
| 4a. | Snapshot from State Farm training video "Composition Damage" showing Roof Claim Handling Hail Focus | Relevance; probative value substantially outweighed by danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, and/or needlessly presenting cumulative evidence; hearsay. | FRE 401-403, 802 |
| 4b. | Snapshot from State Farm training video "Composition Damage" showing video disclaimer | Relevance; probative value substantially outweighed by danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, and/or needlessly presenting cumulative evidence; hearsay. | FRE 401-403, 802 |

| 4c. | Snapshot from State Farm training video "Composition Damage" showing Roof Claim Handling Hail Focus showing Bruising | Relevance; probative value substantially outweighed by danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, and/or needlessly presenting cumulative evidence; hearsay. | FRE 401-403, 802 |
| 4d. | Snapshot from State Farm training video "Composition Damage" showing Bruising | Relevance; probative value substantially outweighed by danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, and/or needlessly presenting cumulative evidence; hearsay. | FRE 401-403, 802 |
| 5. | State Farm training video "Factors That Determine Hail Damage on Asphalt Composition Roofs" | Relevance; probative value substantially outweighed by danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, and/or needlessly presenting cumulative evidence; hearsay. | FRE 401-403, 802 |

| 5a. | Snapshot from State Farm training video "Factors That Determine Hail Damage on Asphalt Composition Roofs" showing Bruising | Relevance; probative value substantially outweighed by danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, and/or needlessly presenting cumulative evidence; hearsay. | FRE 401-403, 802 |
|---|---|---|---|
| 5b. | Snapshot from State Farm training video "Factors That Determine Hail Damage on Asphalt Composition Roofs" showing Bruising | Relevance; probative value substantially outweighed by danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, and/or needlessly presenting cumulative evidence; hearsay. | FRE 401-403, 802 |
| 5c. | Snapshot from State Farm training video "Factors That Determine Hail Damage on Asphalt Composition Roofs" showing Bruising | Relevance; probative value substantially outweighed by danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, and/or needlessly presenting cumulative evidence; hearsay. | FRE 401-403, 802 |

| 6. | State Farm training video "Hail Impacts on Composition Shingles" | Relevance; probative value substantially outweighed by danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, and/or needlessly presenting cumulative evidence; hearsay. | FRE 401-403, 802 |
|---|---|---|---|
| 6a. | Snapshot from State Farm training video "Hail Impacts on Composition Shingles" showing shingles | Relevance; probative value substantially outweighed by danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, and/or needlessly presenting cumulative evidence; hearsay. | FRE 401-403, 802 |
| 6b. | Snapshot from State Farm training video "Hail Impacts on Composition Shingles" showing bruising | Relevance; probative value substantially outweighed by danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, and/or needlessly presenting cumulative evidence; hearsay. | FRE 401-403, 802 |

| 7. | State Farm training materials and communications regarding Plaintiff's claim [BATET00001357PROD – 1588PROD] | Vague. Lacks the specificity necessary to assert an objection at this time. Relevance; probative value substantially outweighed by danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, and/or needlessly presenting cumulative evidence; hearsay. | FRE 401-403, 802 |
| --- | --- | --- | --- |
| 8. | Photographs taken by Corbin Swain regarding Plaintiff's property [SWAIN 0001 – 54] | Relevance; probative value substantially outweighed by danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, and/or needlessly presenting cumulative evidence; hearsay, Authentication. *Buzzard v. Farmers*. | FRE 401-403, 802, 901 |
| 9. | Plaintiff's insurance policy with State Farm Fire and Casualty Company | | |

| 10. | State Farm estimate regarding Plaintiff's property | Vague. Lacks the specificity necessary to assert an objection at this time. All objections reserved. | |
| 11. | Better Business Bureau response [Bates 0021] | Relevance; probative value substantially outweighed by danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, and/or needlessly presenting cumulative evidence; hearsay | FRE 401-403; 802 |
| 12. | State Farm claim file for Plaintiff's 2012 claim [SF.BATES_000368 – 488] | Not previously identified in litigation, hearsay, relevance, confusion to the jury, prejudice. | FRE 401-403, 802; Amended Scheduling Order [Dkt. 35] |
| 12a. | Excerpts of photographs of pipe jacks from State Farm's claim file for Plaintiff's claims [SF.BATES_000281, 284, 287, 293, 298, 483] | Relevance; probative value substantially outweighed by danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, and/or needlessly presenting cumulative evidence; hearsay | FRE 401-403, 802 |

| 12b. | Excerpts of photographs from State Farm's claim file for Plaintiff's 2012 claim [SF.BATES_000480, 482, 483] | Relevance; probative value substantially outweighed by danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, and/or needlessly presenting cumulative evidence; hearsay | FRE 401-403, 802 |
|---|---|---|---|
| 13. | State Farm brochure, "Evaluating Composition Shingles" [Bates 0210 – 217] | Relevance; probative value substantially outweighed by danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, and/or needlessly presenting cumulative evidence; hearsay, authentication. | FRE 401-403; 802, 901 |
| 14. | Aegis Roofing and Construction estimates regarding Plaintiff's property | Vague. Lacks the specificity necessary to assert an objection at this time. All objections reserved. Potentially *Buzzard v. Farmers*. | |

| 15. | Aegis Roofing and Construction photographs regarding Plaintiff's property | Vague. Lacks the specificity necessary to assert an objection at this time. All objections reserved. Potentially *Buzzard v. Farmers*. | |
|---|---|---|---|
| 16. | AccuWeather hail report for Plaintiff's property created on January 30, 2021 | | |
| 17. | Documents produced by Aegis Roofing and Construction pursuant to Subpoena Duces Tecum | Vague. Lacks the specificity necessary to assert an objection at this time. All objections reserved.<br><br>Relevance; probative value substantially outweighed by danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, and/or needlessly presenting cumulative evidence; hearsay | FRE 401-403, 802 |

| 18. | Aegis Roofing Invoice dated January 28, 2013 | Relevance; probative value substantially outweighed by danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, and/or needlessly presenting cumulative evidence; hearsay | FRE 401-403, 802 |
|---|---|---|---|
| 19. | Text communications between Jonathan Marks and Corbin Swain regarding Plaintiff's property | Relevance; probative value substantially outweighed by danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, and/or needlessly presenting cumulative evidence; hearsay. *Buzzard v. Farmers*. | FRE 401-403, 802 |

| 20. | Communications between State Farm's agents and/or employees and Plaintiff, Gary Bates, and/or Marian Bates | Vague. Lacks the specificity necessary to assert an objection at this time. All objections reserved. Relevance; probative value substantially outweighed by danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, and/or needlessly presenting cumulative evidence; hearsay. | FRE 401-403, 802 |
|---|---|---|---|
| 21. | Communications between Jonathan Marks and Gary Bates regarding Plaintiff's property and State Farm claim | Vague. Lacks the specificity necessary to assert an objection at this time. All objections reserved. Relevance; probative value substantially outweighed by danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, and/or needlessly presenting cumulative evidence; hearsay. | FRE 401-403, 802 |

| 22. | Communications between Jonathan Marks and Marian Bates regarding Plaintiff's property and State Farm claim | Vague. Lacks the specificity necessary to assert an objection at this time. All objections reserved. Relevance; probative value substantially outweighed by danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, and/or needlessly presenting cumulative evidence; hearsay. | FRE 401-403, 802 |
|---|---|---|---|
| 23. | Communications between Jonathan Marks and Gary Bates and Marian Bates regarding Plaintiff's property and State Farm claim | Vague. Lacks the specificity necessary to assert an objection at this time. All objections reserved. Relevance; probative value substantially outweighed by danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, and/or needlessly presenting cumulative evidence; hearsay. | FRE 401-403, 802 |

| 24. | Better Business Bureau complaints and responses produced | Relevance; probative value substantially outweighed by danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, and/or needlessly presenting cumulative evidence; hearsay. | FRE 401-403; 802 |
|---|---|---|---|
| 25. | Oklahoma Department of Insurance complaint and response | Relevance; probative value substantially outweighed by danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, and/or needlessly presenting cumulative evidence; hearsay. | FRE 401-403; 802 |
| 26. | Communications between State Farm's agents and/or employees regarding Plaintiff's claim | Vague. Lacks the specificity necessary to assert an objection at this time. All objections reserved. | |
| 27. | State Farm's responses and supplemental responses to Plaintiff's Interrogatories, Requests for Production and Requests for Admission | Lacks the specificity necessary to assert an objection at this time. All objections reserved. | |

| 28. | State Farm's training video "Composition Estimate Repair" | Not previously identified in litigation. Relevance; probative value substantially outweighed by danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, and/or needlessly presenting cumulative evidence; hearsay. | FRE 401-403, 801, Amended Scheduling Order [Dkt. 35] |
|---|---|---|---|
| 29. | State Farm's training video "Composition Test Square" | Not previously identified in litigation. Relevance; probative value substantially outweighed by danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, and/or needlessly presenting cumulative evidence; hearsay. | FRE 401-403, 801, Amended Scheduling Order [Dkt. 35] |

| 30. | State Farm's training video "Hail and Wind Damage" | Not previously identified in litigation. Relevance; probative value substantially outweighed by danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, and/or needlessly presenting cumulative evidence; hearsay. | FRE 401-403, 801, Amended Scheduling Order [Dkt. 35] |
|---|---|---|---|
| 31. | State Farm's training video "Hail Impacts on Composition Shingles" | Not previously identified in litigation. Relevance; probative value substantially outweighed by danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, and/or needlessly presenting cumulative evidence; hearsay. | FRE 401-403, 801, Amended Scheduling Order [Dkt. 35] |

| 32. | State Farm's training video "Hail and Wind Damage Assessment" version dated 03/18/2020 | Not previously identified in litigation. Relevance; probative value substantially outweighed by danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, and/or needlessly presenting cumulative evidence; hearsay. | FRE 401-403, 801, Amended Scheduling Order [Dkt. 35] |
|---|---|---|---|
| 33. | State Farm's training video "Hail and Wind Damage Assessment" version dated 04/16/2020 | Not previously identified in litigation. Relevance; probative value substantially outweighed by danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, and/or needlessly presenting cumulative evidence; hearsay. | FRE 401-403, 801, Amended Scheduling Order [Dkt. 35] |

| 34. | State Farm's training video "Impact Testing & Hail Damage to Roofing Definitions" | Not previously identified in litigation. Relevance; probative value substantially outweighed by danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, and/or needlessly presenting cumulative evidence; hearsay. | FRE 401-403, 801, Amended Scheduling Order [Dkt. 35] |
| --- | --- | --- | --- |
| 35. | State Farm's training video "Weathering & Other Anomalies – Composition Roofs" | Not previously identified in litigation. Relevance; probative value substantially outweighed by danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, and/or needlessly presenting cumulative evidence; hearsay. | FRE 401-403, 801, Amended Scheduling Order [Dkt. 35] |

| 36. | State Farm's training video "Additional Anomalies – Composition Roofs" | Not previously identified in litigation. Relevance; probative value substantially outweighed by danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, and/or needlessly presenting cumulative evidence; hearsay. | FRE 401-403, 801, Amended Scheduling Order [Dkt. 35] |
|---|---|---|---|
| 37. | State Farm's training video "Damage Assessment – Composition Roofs" | Not previously identified in litigation. Relevance; probative value substantially outweighed by danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, and/or needlessly presenting cumulative evidence; hearsay. | FRE 401-403, 801, Amended Scheduling Order [Dkt. 35] |

| 38 | State Farm's training material "Wind Damage and Hail Damage Scenarios; 5CLM1230" | Not previously identified in litigation. Relevance; probative value substantially outweighed by danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, and/or needlessly presenting cumulative evidence; hearsay. | FRE 401-403, 801, Amended Scheduling Order [Dkt. 35] |
| --- | --- | --- | --- |
| 39. | Similarly situated claim files handled by State Farm | Vague. Lacks the specificity necessary to assert an objection at this time. Relevance; probative value substantially outweighed by danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, and/or needlessly presenting cumulative evidence; hearsay | FRE 401-403; 802 |

| 40. | State Farm's Annual Statements | Relevance; probative value substantially outweighed by danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, and/or needlessly presenting cumulative evidence | FRE 401-403 |
| 41. | State Farm's Form 10-Ks | Relevance; probative value substantially outweighed by danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, and/or needlessly presenting cumulative evidence | FRE 401-403 |

| 42. | Aerial images of area of Plaintiff's property | Vague. Lacks the specificity necessary to assert an objection at this time. Relevance; probative value substantially outweighed by danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, and/or needlessly presenting cumulative evidence; hearsay. | FRE 401-403; 802 |
|---|---|---|---|
| 43. | Internal correspondence from State Farm concerning handling of wind/hail claims. | Vague. Lacks the specificity necessary to assert an objection at this time. Relevance; probative value substantially outweighed by danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, and/or needlessly presenting cumulative evidence; hearsay. | FRE 401-403; 802 |

| 44. | All documents produced by Michael Joe Lewis and Stephanie Lewis in *Michael Lewis and Stephanie Lewis v. State Farm Fire and Casualty Company*, CIV-20-648-HE | Vague. Lacks the specificity necessary to assert an objection at this time. Documents have not been produced in this litigation and may be subject to a protective order. Relevance; probative value substantially outweighed by danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, and/or needlessly presenting cumulative evidence; hearsay; character evidence. | FRE 401-404; 802 |

| 45. | All documents produced by State Farm in *Michael Lewis and Stephanie Lewis v. State Farm Fire and Casualty Company*, CIV-20-648-HE | Vague. Lacks the specificity necessary to assert an objection at this time. Documents have not been produced in this litigation and may be subject to a protective order. Relevance; probative value substantially outweighed by danger of unfair prejudice, confusing the issues, misleading the jury, wasting time, and/or needlessly presenting cumulative evidence; hearsay; character evidence. | FRE 401-404; 802 |
| --- | --- | --- | --- |
| 46. | Any documents reviewed and/or relied upon by any designated expert in this matter by either party | Lacks the specificity necessary to assert an objection at this time. All objections reserved.<br><br>Plaintiff only designated a non-retained expert in this matter. | |

| 47. | All documents produced in this litigation pursuant to a Subpoena Duces Tecum | Lacks the specificity necessary to assert an objection at this time. All objections reserved. | |
| 48. | All documents produced by Plaintiff during discovery to which Plaintiff does not object | Lacks the specificity necessary to assert an objection at this time. All objections reserved. | |
| 49. | All documents produced by State Farm during discovery to which Plaintiff does not object | Lacks the specificity necessary to assert an objection at this time. All objections reserved. | |
| 50. | All exhibits to depositions taken in this matter, not otherwise objected to by Plaintiff | Lacks the specificity necessary to assert an objection at this time. All objections reserved. | |
| 51. | Demonstrative exhibits, aids, summaries, and diagrams | Lacks the specificity necessary to assert an objection at this time. All objections reserved. | |
| 52. | All exhibits necessary for rebuttal | Lacks the specificity necessary to assert an objection at this time. All objections reserved. | |

| 53. | All exhibits necessary for impeachment | Lacks the specificity necessary to assert an objection at this time. All objections reserved. | |
| --- | --- | --- | --- |