C. Defendant's Additional Exhibit List:

| No. | Title/Description | Objection | Federal Rule of Evidence Relied Upon |
|---|---|---|---|
| 1. | State Farm Claim File, SF.BATES_000032–367 | | |
| 2. | Fire Claim File Print Injury Information, SF.BATES_000044 | | |
| 3. | Claim File for Claim No. 36-16D0-21W—General Information, SF.BATES_000033–43 | | |
| 4. | Claim File for Claim No. 36-16D0-21W—Financial Information, SF.BATES_000045 | | |
| 5. | Claim File for Claim No. 36-05N3-94V—Claim File Notes, SF.BATES_000046–60 | | |
| 6. | Claim File Document List Details, SF.BATES_SF.BATES_000079-112 | | |
| 7. | Text Messages Between Jonathan Marks and Gary Bates, Aegis Roofing_0000077–83 | Hearsay | FRE 801 et seq. |
| 8. | February 4, 2021, Letter from State Farm to Oklahoma Insurance Department, SF.BATES_000141–142 | | |
| 9. | Claim File Audit Reports, SF.BATES_000165–182 | | |
| 10. | April 21, 2021, Draft Estimate, SF.BATES_000183–193 | | |
| 11. | April 12, 2021, Draft Estimate, SF.BATES_000194–204 | | |
| 12. | February 23, 2021, Draft Estimate, SF.BATES_000205–215 | | |
| 13. | Claim File Price List Variation Report, SF.BATES_000216–218 | | |
| 14. | Claim File Labor and Materials Reports, SF.BATES_000219–230 | | |

| | | | |
|---|---|---|---|
| 15. | June 19, 2012, Claims Ready Report, SF.BATES_000235–247 | | |
| 16. | Claim File Estimate Change Reports, SF.BATES_000264–265 | | |
| 17. | Emails between Gary Bates or Jonathan Marks and State Farm, SF.BATES_000266–299 | | |
| 18. | Photographs of Plaintiff's Property taken and produced by Aegis Roofing, Aegis_000006–72; Aegis_000099–107 | | |
| 19. | 2021 Text Messages Between Gary Bates and Jonathan Marks, Aegis_000077–91; BATES_0191–198 | Relevance; Confusing the issues, misleading jury; Hearsay | FRE 401, 403, FRE 801 et seq. |
| 20. | Test Messages Between Marian Bates, Gary Bates, and Jonathan Marks, Aegis_000092–94; BATES_183–186 | Relevance; Confusing the issues, misleading jury; Hearsay | FRE 401, 403, FRE 801 et seq. |
| 21. | Email Correspondence between Gary Bates and Shari Bivins, Bates_0145–147 | | |
| 22. | January 28, 2013, Aegis Roofing Estimate, BATES_0159 | | |
| 23. | April 2, 2021, Email from Gary Bates to Shari Bivins, Bates 0162 | | |
| 24. | June 10, 2021, Email between Jonathan Marks and Marian Bates with threaded email from Shari Bivins attached, BATES_0170–171 | Hearsay | FRE 801 et seq. |
| 25. | April 20, 2021, OID Response to Plaintiff, BATES_0179 | Authentication; Relevance; Confusion of issues, misleading jury, unfair prejudice; Hearsay; *Buzzard v. Farmers* | FRE 401, 402, 403, 801 et seq., 901 |

| 26. | Test Messages Between Marian Bates and Jonathan Marks, BATES_0202–209 | Relevance; Confusing the issues, misleading jury; Hearsay | FRE 401, 403, FRE 801 et seq. |
|---|---|---|---|
| 27. | March 10, 2021, Email from Jonathan Marks to State Farm with attached Photographs | | |
| 28. | Photographs taken by Corbin Swain, SWAIN 0001-54 | | |
| 29. | Proof of Supplemental Payment to Plaintiff made in August 2022 | | |
| 30. | Any documents reviewed and/or relied upon by any designated expert in this matter by either party | Authentication; Hearsay; Relevance; subject to pending Daubert Motion, Doc. 44 | FRE 401, 402, 403, 801 et seq., 901 |
| 31. | All documents produced in this litigation pursuant to a Subpoena Duces Tecum | Lacks the specificity necessary to assert an objection at this time. All objections reserved. | |
| 32. | All documents produced by Plaintiff during discovery to which Plaintiff does not object | Lacks the specificity necessary to assert an objection at this time. All objections reserved. | |
| 33. | All documents produced by State Farm during discovery to which Plaintiff does not object | Lacks the specificity necessary to assert an objection at this time. All objections reserved. | |
| 34. | All exhibits to depositions taken in this matter, not otherwise objected to by Plaintiff | Lacks the specificity necessary to assert an objection at this time. All objections reserved. | |
| 35. | Demonstrative exhibits, aids, summaries, and diagrams | Lacks the specificity necessary to assert an objection at this time. All objections reserved. | |

| 36. | All exhibits necessary for rebuttal | Lacks the specificity necessary to assert an objection at this time. All objections reserved. | |
| 37. | All exhibits necessary for impeachment | Lacks the specificity necessary to assert an objection at this time. All objections reserved. | |