## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| THOMAS H. BATES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. CIV-21-00705-JD |
| v. | ) | |
| | ) | (District Court of Oklahoma |
| STATE FARM FIRE AND CASUALTY | ) | County; Case No. CJ-2021-2627) |
| COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S SUPPLEMENTAL RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION

Defendant, State Farm Fire and Casualty Company ("State Farm"), submits the following supplemental answers and responses to Plaintiff Thomas H. Bates's ("Plaintiff") First Set of Interrogatories and Requests for Production of Documents and Requests for Admission ("First Discovery Requests").

### GENERAL OBJECTIONS

1. **Objection to Producing Privileged Information or Documents.** Defendant objects to each of Plaintiff's Discovery Requests to the extent that they call for the disclosure of information which is protected from discovery and/or privileged for the reason that it: (a) is subject to the attorney-client privilege; (b) is covered by the work product doctrine; (c) was generated in anticipation of litigation or for trial by or for Defendant, including its attorneys, consultants or agents; (d) relates to the identity or opinions of experts who have been retained or employed in anticipation of litigation and

{S600115;}

EXHIBIT

2

## INTERROGATORIES

**INTERROGATORY NO. 4:**   Identify the original policy inception date for Plaintiff's policy with Defendant.

**ANSWER TO INTERROGATORY NO. 4:**   State Farm objects to this interrogatory on the grounds that the term "original policy inception date" is vague. Additionally, pursuant to Federal Rule of Civil Procedure 33(d), State Farm directs Plaintiff to the claim file materials that have been produced, from which the answer to the interrogatory may be determined and the burden of deriving or ascertaining the answer is substantially the same for both parties. The effective date of the Plaintiff's policy with State Farm (policy number 96-BJ-Q252-5) is October 10, 2019.

**SUPPLEMENTAL ANSWER TO INTERROGATORY NO. 4**:   State Farm maintains its objections to Interrogatory No. 4. Subject to and without waiving its objections, the original policy issue date of Plaintiff's policy with State Farm (policy number 96-BJ-Q252-5) is October 10, 2010.

**INTERROGATORY NO. 15:**   Identify the number of hail claims under Oklahoma policies handled by members of Jacqueline Draper's Team from July 2019 to present.

**ANSWER TO INTERROGATORY NO. 15:**   State Farm objects to this request on the grounds that it seeks information that is not relevant to the matters at issue herein as every claim is handled based on its own unique factual circumstance. State Farm objects to this request on the grounds that it is privileged, not relevant to any party's claim or defense and not proportional to the needs of the case, considering the importance of the issues at stake in the action, the amount in controversy, the parties' resources, the