## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

THOMAS H. BATES,                              )
                                             )
        Plaintiff,                      )
                                             )          Case No. CIV-21-00705-JD
v.                                           )
                                             )          (District Court of Oklahoma
STATE FARM FIRE AND CASUALTY                 )          County; Case No. CJ-2021-2627)
COMPANY,                                     )
                                             )
        Defendant.                      )

## DEFENDANT STATE FARM FIRE AND CASUALTY COMPANY'S
## RESPONSES TO PLAINTIFF THOMAS H. BATES'S
## FIRST DISCOVERY REQUESTS

Defendant State Farm Fire and Casualty Company ("State Farm") provides the following answers and responses to Plaintiff Thomas H. Bates's First Set of Interrogatories, Requests for Production and Requests for Admission (the "Discovery Requests").

### GENERAL OBJECTIONS

1.    **Objection to Producing Privileged Information or Documents.** Defendant objects to each of Plaintiff's Discovery Requests to the extent that they call for the disclosure of information which is protected from discovery and/or privileged for the reason that it: (a) is subject to the attorney-client privilege; (b) is covered by the work product doctrine; (c) was generated in anticipation of litigation or for trial by or for Defendant, including its attorneys, consultants or agents; (d) relates to the identity or opinions of experts who have been retained or employed in anticipation of litigation and who are not expected to be called as witnesses at trial; (e) is protected as a trade secret

{S587010;5}

EXHIBIT

3

**REQUEST FOR ADMISSION NO. 7:**  Admit that Plaintiff's policy with State Farm was in force continuously from the original policy inception date identified in response to Interrogatory No. 4 through February 4, 2021.

**RESPONSE TO REQUEST FOR ADMISSION NO. 7:**  Admitted.

Respectfully submitted,

*/s/ Paula M. Williams*
Lance Leffel, OBA No. 19511
Paula M. Williams, OBA No. 30772
**GABLEGOTWALS**
BOK Park Plaza
499 W. Sheridan Avenue, Suite 2200
Oklahoma City, OK 73102
(405) 235-5500
(405) 235-2875 (Fax)
*lleffel@gablelaw.com*
*pwilliams@gablelaw.com*

*ATTORNEYS FOR DEFENDANT*
*STATE FARM FIRE & CASUALTY COMPANY*