## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

THOMAS H. BATES,                           )
                                           )
            Plaintiff,                     )
                                           )   Case No. CIV-21-00705-JD
v.                                         )
                                           )   (District Court of Oklahoma
STATE FARM FIRE AND CASUALTY               )   County; Case No. CJ-2021-2627)
COMPANY,                                   )
                                           )
            Defendant.                     )

## DEFENDANT'S SUPPLEMENTAL RESPONSES TO PLAINTIFF'S FIRST
## SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION

Defendant, State Farm Fire and Casualty Company ("State Farm"), submits the following supplemental answers and responses to Plaintiff Thomas H. Bates's ("Plaintiff") First Set of Interrogatories and Requests for Production of Documents and Requests for Admission ("First Discovery Requests").

### GENERAL OBJECTIONS

1.      **Objection to Producing Privileged Information or Documents.** Defendant objects to each of Plaintiff's Discovery Requests to the extent that they call for the disclosure of information which is protected from discovery and/or privileged for the reason that it: (a) is subject to the attorney-client privilege; (b) is covered by the work product doctrine; (c) was generated in anticipation of litigation or for trial by or for Defendant, including its attorneys, consultants or agents; (d) relates to the identity or opinions of experts who have been retained or employed in anticipation of litigation and

{S606593;2}}

## INTERROGATORIES

**INTERROGATORY NO. 16:** Identify the number of hail claims under Oklahoma policies handled by members of Jacqueline Draper's Team from July 2019 to present which were denied in whole or in part.

**ANSWER TO INTERROGATORY NO. 16:** State Farm objects to this request on the grounds that it seeks information that is not relevant to the matters at issue herein as every claim is handled based on its own unique factual circumstance. State Farm objects to this request on the grounds that it is privileged, not relevant to any party's claim or defense and not proportional to the needs of the case, considering the importance of the issues at stake in the action, the amount in controversy, the parties' resources, the importance of the discovery in resolving the issues, and the burden or expense of the proposed discovery outweighs its likely benefit. State Farm further objects that the discovery is designed to harass defendant and it is not relevant to the hail loss that occurred at 2605 Elwood Drive on July 3, 2020.

**SUPPLEMENTAL ANSWER TO INTERROGATORY NO. 16:** State Farm maintains its objections to Interrogatory No. 16. State Farm additional objects to the term "denied in whole or part" as vague and ambiguous. Subject to and without waiving its objections, State Farm states that there were 156 claim files for Plaintiff's date of loss (July 3, 2020) handled by Jacqueline Draper's Team. Within the 156 claims, there were 71 claims in which either the loss investigation determined there was no accidental direct physical loss or a part of the claim was otherwise not covered.

{S606593;2}}                                          6

Respectfully submitted,

*/s/ Paula M. Williams*
Lance Leffel, OBA No. 19511
Paula M. Williams, OBA No. 30772
Allyson Shumaker, OBA No. 34784
**GABLEGOTWALS**
BOK Park Plaza
499 W. Sheridan Avenue, Suite 2200
Oklahoma City, OK 73102
(405) 235-5500
(405) 235-2875 (Fax)
*lleffel@gablelaw.com*
*pwilliams@gablelaw.com*
*ashumaker@gablelaw.com*


**ATTORNEYS FOR DEFENDANT**
**STATE FARM FIRE & CASUALTY COMPANY**