Claim Number: 36-16D0-21W

Rec'd direction from TM to DF email w/ATTY documents and R/A claim for suit handling.

Rev'd and labeled ATTY Documents

DF'd email from TM w/duplicate ATTY documents

 R/A claim to WCCS Ownership to complete suit handling

| 04-22-2021 - 12:54 PM CDT | **Performer:** West, Scott | **Office:**WHRUDAL |
|---|---|---|

    **File Note:** Calendars

    **Participant:**         **COL / Line (Participant):** 35 / 001(Named Insured(s))

    **Category:** Claim Note         **Sub Category:**

CS working Task Assigned "Calendars"

Rev'd Calendar set by OP Sean re: TMs Direction from 4/9. This was rev'd by TM Draper & response was sent to OP Jacome for further handling. No notations made in the claim if this was done. However, OP Pineset s/w Ni's son on 4/21 advising of SFs stance on the roof.

Also rev'd Calendar set by OP Pineset re: DOI Handling from 4/21. This appears to have been addressed by SM Arnold back on 4/15 (see Docs).

 CS does not see anything further handling required at this time & reclosing claim.

| 04-21-2021 - 12:09 PM CDT | **Performer:** Pineset, Roshanda | **Office:**WHRUASST |
|---|---|---|

    **File Note:** Pending

    **Participant:** THOMAS H BATES         **COL / Line (Participant):** 35 / 001(Named Insured(s))

    **Category:** Pending         **Sub Category:**

•    DOI handling

| 04-21-2021 - 12:08 PM CDT | **Performer:** Pineset, Roshanda | **Office:**WHRUASST |
|---|---|---|

    **File Note:** New Mail

    **Participant:** THOMAS H BATES         **COL / Line (Participant):** 35 / 001(Named Insured(s))

    **Category:** Contact         **Sub Category:**

•    Labeled the e-mail from Gary Bates requesting a response from SF about the roof
•    CH spoke to Gary BAtes who advised he has nothing to discuss and is seeking attorney representation
•    CH advised Gary of ACV roof endorsement and he stated he did not have time to discuss right now

| 04-09-2021 - 5:01 PM CDT | **Performer:** Draper, Jacqueline | **Office:**PROX |
|---|---|---|

    **File Note:** TM received DOI complaint and BBB complaint. Wrote

    **Participant:**         **COL / Line (Participant):** 35 / 001(Named Insured(s))

    **Category:** Management         **Sub Category:**

TM received DOI complaint and BBB complaint. Wrote responses and sent.

CO this policy has an ACV roof endorsment and the depreciation is not recoverable on the roof. Please update the SFE, advise ph of the correction, and send copy.

| 04-09-2021 - 4:16 PM CDT | **Performer:** McCoggle, Sean D | **Office:**WHRUASST |
|---|---|---|

    **File Note:** Pending

    **Participant:** THOMAS H BATES         **COL / Line (Participant):** 35 / 001(Named Insured(s))

    **Category:** Pending         **Sub Category:**

 Pending
•    TM review/direction

| 04-09-2021 - 4:15 PM CDT | **Performer:** McCoggle, Sean D | **Office:**WHRUASST |
|---|---|---|

    **File Note:** New Mail

    **Participant:** THOMAS H BATES         **COL / Line (Participant):** 35 / 001(Named Insured(s))

    **Category:** Fire Estimatics         **Sub Category:**

**EXHIBIT**

**7**

Date: 07-06-2021

STATE FARM CONFIDENTIAL INFORMATION

Distribution on a Business Need to Know Basis Only

SF.BATES_000048

Working Assigned Tasks
- Reviewed/labeled photos/email submitted by NI's son.
- Email requests that a SF TM contact him.
- TM Draper is currently in claim.
- No further handling required at this time. CH backing out of claim.

| 04-06-2021 - 7:16 AM CDT | **Performer:** Dunnican-Jacome, T | **Office:**PROX |
|---|---|---|

**File Note:** Incoming mail

| **Participant:** | **COL / Line (Participant):** 35 / 001(Named Insured(s)) |
|---|---|
| **Category:** Assignment Claim Handling | **Sub Category:** |

Received incoming email from NI's son expressing his disappointment and request to speak to a CH.  Spoke to NI's son yesterday.

 No further handling warranted.

| 04-05-2021 - 7:26 AM CDT | **Performer:** Dunnican-Jacome, T | **Office:**PROX |
|---|---|---|

**File Note:** Call to NI's

| **Participant:** GARY BATES | **COL / Line (Participant):** 35 / 001(Named Insured(s)) |
|---|---|
| **Category:** Assignment Claim Handling | **Sub Category:** |

Called and spoke to Gary Bates.

Explained just as we explained to Ctr at time of Loss and left VM to his father, the shingles did not exhibit damages consistent with Hail.  The damages found were wear.

Explained the soft metals can be damaged just by pushing on them which is why they were damaged by hail.

Son did not agree.  Son states will retain engineer or atty.  Confirmed that is his right to do.

 Call ended.  Claim to reclose

| 04-02-2021 - 5:21 PM CDT | **Performer:** Mendoza, Anthony | **Office:**WHRUDAL |
|---|---|---|

**File Note:** Pending

| **Participant:** | **COL / Line (Participant):** 35 / 001(Named Insured(s)) |
|---|---|
| **Category:** Pending | **Sub Category:** |

 35/001
- Please contat the NI or son Gary to explained decision and what is needed for add'l inspection consideration

| 04-02-2021 - 5:20 PM CDT | **Performer:** Mendoza, Anthony | **Office:**WHRUDAL |
|---|---|---|

**File Note:** Claim Note

| **Participant:** | **COL / Line (Participant):** 35 / 001(Named Insured(s)) |
|---|---|
| **Category:** Claim Note | **Sub Category:** |

 Working Phones - RCF AO Jennifer asking if we could contact the NI son to discuss the claim
- NI son has threaten to file complaint with the BBB and DOI
- Rev'd the FH and explained to the AO that inspection was done and found OTH damage to the NI home
- CTR submitted photos of the roof asking for add'l inspection and was not approved by Prox CS and TM
- PCT NI, son Gary - Explained u/s the frustration and wanted to go over our process
  - Informed of the initial inspection and shared the Prox CS finding
  - Also noted the CTR was present and based on the FN no exchange between the CTR and Prox CS of the findings
  - Gary informed that the Prox CS TT CTR and told he and the CTR the roof would be approved for replacement and should not be any issues
  - Gary added the CS send photos to management and was denied after a matter of minutes
  - Informed the son that does not reflect on the FN
  - NI is not happy and would like for add'l inspection for the home
- Informed I will review with my TM and will f/u - NI son u/s
- Rev'd w/TM and explained the conversation with NI son Gary - After review neither the NI or the son was not contacted after the inspection or when the decision was made to deny the additional inspection - TM advise to R/A back to Prox to complete handling since Prox did not communicate with the NI or son when decision was made.
 R/A back to Prox to complete handling

| 04-01-2021 - 10:59 AM CDT | **Performer:** Korbelik, Jamie | **Office:**WHRUPHX |
|---|---|---|

**File Note:** Ao contact

| **Participant:** THOMAS H BATES | **COL / Line (Participant):** |
|---|---|
| **Category:** Contact | **Sub Category:** |

Date: 07-06-2021                                                                                       Page 4

STATE FARM CONFIDENTIAL INFORMATION
Distribution on a Business Need to Know Basis Only

SF.BATES_000049

RCF AO Sherry re: NI wants to s/w manager
- Reviewed claim with Sherry
- ADV photos show OTH CTR did not provide any photos of any additional damages that SF didn't already find
- She asked to call NI ADV will reach out
- Called NI LMOVM ADV SF did our due diligence and went all over the roof and found some damage on soft metals but none on shingles that were indicitive of hail. CTR photos show wear and tear and deterioration. Shingles show blemishes that are blistering. ADV if any questions to call back

| | | |
|---|---|---|
| 03-29-2021 - 9:53 AM CDT | **Performer:** Davis, Cherrelle | **Office:**HCCSSTWD |

**File Note:** TCF AO

**Participant:**  **COL / Line (Participant):**

**Category:** Claim Note  **Sub Category:**

TCF AO requesting if the denial letter was for the 2nd inspection. I reviewed the letter and advise the AO that the letter was in regards to the inspection. She u/s

| | | |
|---|---|---|
| 03-15-2021 - 5:14 PM CDT | **Performer:** Dunnican-Jacome, T | **Office:**PROX |

**File Note:** Pending

**Participant:**  **COL / Line (Participant):** 35 / 001(Named Insured(s))

**Category:** Pending  **Sub Category:**

Pending:

Payment for damages made
PDL for roof replacement sent

| | | |
|---|---|---|
| 03-15-2021 - 4:50 PM CDT | **Performer:** Draper, Jacqueline | **Office:**PROX |

**File Note:** TM review of 2nd inspection request and agree no n

**Participant:**  **COL / Line (Participant):** 35 / 001(Named Insured(s))

**Category:** Management  **Sub Category:**

TM review of 2nd inspection request and agree no new information warranting 2nd inspection. CO to correct denial of 2nd inspection letter to include FE 5676 and send.

| | | |
|---|---|---|
| 03-15-2021 - 10:59 AM CDT | **Performer:** Dunnican-Jacome, T | **Office:**PROX |

**File Note:** Denial letter sent

**Participant:**  **COL / Line (Participant):** 35 / 001(Named Insured(s))

**Category:** Assignment Claim Handling  **Sub Category:**

Reviewed photos submitted by ctr.

No new evidence to support hail damages.

Sent denial letter to TM for review

| | | |
|---|---|---|
| 02-23-2021 - 3:35 PM CST | **Performer:** Dunnican-Jacome, T | **Office:**PROX |

**File Note:** Inspection notes

**Participant:**  **COL / Line (Participant):** 35 / 001(Named Insured(s))

**Category:** Assignment Claim Handling  **Sub Category:**

STATE FARM CONFIDENTIAL INFORMATION
Distribution on a Business Need to Know Basis Only

SF.BATES_000050

INSPECTION RESULTS:
Met with: Contractor
Date/Time: 2/23/21 11:00 AM
Ctr name, if applicable: Jonathan Marks

Coverage A -Dwelling
Front Elevation-Small hail damage to overhead door and mailbox.  No gutters present on home
Right Elevation-No damages found
Rear Elevation-Hail damage to 3 screens and window beading
Left Elevation-No damages found

Roof: Dwelling roof has one layer of 3 tab shingle. EV was accurate based upon pitch and visual inspection. Field shingles exhibit large areas of extensive granule loss and wear. Fiberglass mat was exposed on most of the shingle edges.  Hail damage was not observed to the ridge or field shingles. Hail damage was observed to the pipe jacks, vent caps and power vents.

No gutters present on home. Spatter was not observed to any surfaces (fencing, ele panel, exterior door).


Other Structures-NA
Interior: None
Labor minimums: None apply
GCO&P: Unwarranted due to lack of complexity
Depreciation: based on age and condition
Debris Removal: addressed in estimate
Coverage B - Personal Property:NA
Coverage C – Additional Living Expense (ALE) NA
Sub/Salvage: None weather event


 First Contact Settle: no NI not present.

| 02-18-2021 - 7:15 PM CST | **Performer:** Draper, Jacqueline | **Office:**PROX |
|---|---|---|
| **File Note:** OAR- qfc complete and file pends for inspection sc | | |
| **Participant:** | **COL / Line (Participant):** 35 / 001(Named Insured(s)) | |
| **Category:** Management | **Sub Category:** | |

<span style="color:red">OAR- qfc complete and file pends for inspection scheduled for 2/23</span>

| 02-09-2021 - 4:11 PM CST | **Performer:** Dunnican-Jacome, T | **Office:**PROX |
|---|---|---|
| **File Note:** QFC | | |
| **Participant:** THOMAS H BATES | **COL / Line (Participant):** 35 / 001(Named Insured(s)) | |
| **Category:** Quality First Contact | **Sub Category:** | |

STATE FARM CONFIDENTIAL INFORMATION
Distribution on a Business Need to Know Basis Only

**JX 1.020**

SF.BATES_000051

Document uploaded from Online Claims Status - Agent

**Received Date:** 03/11/2021
**File Name:** 10-Mar-21_12833s.jpg
**Uploaded By:** Agent
**Customer/Agent Description:**

02-23-2021 - 4:08 PM CST          **Performer:** Dunnican-Jacome, Tresa          **Office:** PROX
    **System Generated File Note:** CSA Instruction
    **Participant:**                              **COL / Line (Participant):**
      **Category:** Claim Note
Bundle released by user: WYCY for Claim 36-16D0-21W with additional notes: Xactimate Estimate
1 Print DOC TMPL: FC0012562
1 Print Payment: 126520117J
Documents Printed at Printer : PCQ2716.P27FIREPRINT02

02-23-2021 - 4:07 PM CST          **Performer:** Dunnican-Jacome, Tresa          **Office:** SYSTEM
    **System Generated File Note:** FC0012562 - SETTLEMENT PERSONAL LINES PARTIAL SUPP
    **Participant:** THOMAS H BATES          **COL / Line (Participant):** THOMAS H BATES
    **Category:** Correspondence
1 copy of SETTLEMENT PERSONAL LINES PARTIAL SUPPLEMENTAL AND PENDING CA was bundled by Tresa Dunnican-Jacome on 02/23/2021

02-04-2021 - 1:42 PM CST          **Performer:** System          **Office:** System
    **System Generated File Note:** PAPER-STATE FARM - WE HAVE YOUR CLAIM.
    **Participant:** THOMAS H BATES          **COL / Line (Participant):** THOMAS H BATES
    **Category:** Correspondence
PAPER-STATE FARM - WE HAVE YOUR CLAIM. was automatically mailed to 811 SUNNY BROOK DR,,EDMOND OK 73034-4852,UNITED STATES on 02/04/2021 at 07:42 PM (GMT).

02-04-2021 - 1:29 PM CST          **Performer:** System          **Office:** CORPSYS
    **System Generated File Note:** Assignment Notification
    **Participant:**                              **COL / Line (Participant):**
    **Category:** Claim Note
Assignment Notification sent to Dunnican-Jacome, Tresa (WYCY) at tresa.dunnican-jacome.wycy@statefarm.com
--- Message Details ---
Fire Claim Number = 36-16D0-21W
Insured Name = THOMAS BATES
Date Of Loss = 07-03-2020
Location of Loss Address = 2605 Elwood Dr
Edmond, Oklahoma 730134423
Insured Default Phone Number = ███████-3358
Facts of Loss = hail damage to the roof
Agent Name = LOWDER, JENNIFER O
Agent Phone = (405) 341-7060
Probable Cause = Hail

02-04-2021 - 1:29 PM CST          **Performer:** System - Claim File          **Office:** System
    **System Generated File Note:** THOMAS BATES; PNI
    **Participant:**                              **COL / Line (Participant):**
    **Category:** New Claim
Name: THOMAS BATES
Were you/this person injured as a result of this loss? No
We can send claim communications by text, email or both. What would you prefer? None

If you change your mind, you can manage communication delivery preferences on statefarm.com
Indicate if Preference Not Selected word track was read: Yes

02-04-2021 - 1:29 PM CST          **Performer:** System - Claim File          **Office:** System

STATE FARM CONFIDENTIAL INFORMATION
Distribution on a Business Need to Know Basis Only

SF.BATES_000058