

## Explanation of Building Replacement Cost Benefits
## RDP with Endorsement Policy
## Coverage A - Dwelling - 35 Windstorm and Hail

To:  Name:        BATES, THOMAS
     Address:     2605 Elwood Dr
     City:        Edmond
     State/Zip:   OK, 73013-4423

| | | | |
|---|---|---|---|
| Insured: | BATES, THOMAS | Claim Number: | 3616D021W |
| Date of Loss: | 7/3/2020 | Cause of Loss: | HAIL |

Your insurance policy provides replacement cost benefits for some or all of the loss or damage to your dwelling or structures. Replacement cost benefits pays the actual and necessary cost of repair or replacement, without a deduction for depreciation, subject to your policy's limit of liability. To receive replacement cost benefits you must:

1.  Complete the actual repair or replacement of the damaged part of the property within two years of the date of loss; and

2.  Notify us within 30 days after the work has been completed.

3.  Confirm completion of repair or replacement by submitting invoices, receipts, or other documentation to your agent or claim office.

Until these requirements have been satisfied, our payment(s) to you will be for the actual cash value of the damaged part of the property, which may include a deduction for depreciation.

Without waiving the above requirements, we will consider paying replacement cost benefits prior to actual repair or replacement if we determine repair or replacement costs will be incurred because repairs are substantially under way or you present a signed contract acceptable to us.

The estimate to repair or replace your damaged property is $2,020.18. The enclosed claim payment to you of $260.12 is for the actual cash value of the damaged property at the time of loss, less any deductible that may apply. We determined the actual cash value by deducting depreciation from the estimated repair or replacement cost. Our estimate details the depreciation applied to your loss. Based on our estimate, the additional amount available to you for replacement cost benefits (recoverable depreciation) is $393.03.

If you cannot have the repairs completed for the repair/replacement cost estimated, please contact your claim specialist prior to beginning repairs.

All policy provisions apply to your claim.

Date:   4/12/2021 7:21 AM                              FC0007152 10/2

**EXHIBIT**

**9**

exhibitsticker.com

SF.BATES_000303

## State Farm

BATES, THOMAS                                                                                          36-16D0-21W

**Source - Eagle View**

**Source - Eagle View**

**Source - Eagle View**

| | QUANTITY | UNIT PRICE | TAX | RCV | AGE/LIFE CONDITION | DEPREC. DEP % | ACV |
|---|---|---|---|---|---|---|---|
| R&R Overhead door & hardware - 16' x 7' | | | | | | | |
| | 1.00 EA | 1,116.01 | 68.23 | 1,184.24 | 10/35 yrs Avg. | (338.35) 28.57% | 845.89 |
| R&R Window screen, 1 - 9 SF | | | | | | | |
| | 3.00 EA | 37.49 | 7.76 | 120.23 | 10/30 yrs Avg. | (40.08) 33.33% | 80.15 |
| R&R Glazing bead - Aluminum | | | | | | | |
| | 8.50 LF | 2.91 | 1.53 | 26.27 | 10/18 yrs Avg. | (14.60) 55.56% | 11.67 |
| **Total: Source - Eagle View** | | | **77.52** | **1,330.74** | | **393.03** | **937.71** |



**R4**

|  |  |
|---|---|
| 2,600.91 Surface Area | 26.01 Number of Squares |
| 215.28 Total Perimeter Length | 90.78 Total Ridge Length |
| 2.47 Total Hip Length | |

| | QUANTITY | UNIT PRICE | TAX | RCV | AGE/LIFE CONDITION | DEPREC. DEP % | ACV |
|---|---|---|---|---|---|---|---|
| R&R Power attic vent cover only - metal | | | | | | | |
| | 2.00 EA | 86.28 | 5.01 | 177.57 | 20/7 yrs Avg. | <142.06> 80.00% | 35.51 |
| R&R Flashing - pipe jack - 6" | | | | | | | |
| | 1.00 EA | 55.41 | 2.07 | 57.48 | 20/35 yrs Avg. | <32.84> 57.14% | 24.64 |
| R&R Flashing - pipe jack | | | | | | | |
| | 2.00 EA | 41.41 | 1.82 | 84.64 | 20/35 yrs Avg. | <48.37> 57.14% | 36.27 |
| R&R Exhaust cap - through roof - 6" to 8" | | | | | | | |
| | 3.00 EA | 81.04 | 8.47 | 251.59 | 20/35 yrs Avg. | <143.76> 57.14% | 107.83 |
| **Totals: R4** | | | **17.37** | **571.28** | | **<367.03>** | **204.25** |

Area Totals: Source - Eagle View

Date:    4/12/2021 7:21 AM                                                                        Page: 5

SF.BATES_000304

## State Farm

BATES, THOMAS                                                                                      36-16D0-21W

|  | | |
|---|---|---|
| 276.69 Exterior Wall Area | | |
| 2,600.91 Surface Area | 26.01 Number of Squares | 215.28 Total Perimeter Length |
| 90.78 Total Ridge Length | 2.47 Total Hip Length | |

**Total: Source - Eagle View**            **94.89**      **1,902.02**                        **760.06**      **1,141.96**

Area Totals: Source - Eagle View

|  | | |
|---|---|---|
| 276.69 Exterior Wall Area | | |
| 2,600.91 Surface Area | 26.01 Number of Squares | 215.28 Total Perimeter Length |
| 90.78 Total Ridge Length | 2.47 Total Hip Length | |

**Total: Source - Eagle View**            **94.89**      **1,902.02**                        **760.06**      **1,141.96**

**Debris Removal**

|  | | |
|---|---|---|
| 0.00 SF Walls | 0.00 SF Ceiling | 0.00 SF Walls & Ceiling |
| 0.00 SF Floor | 0.00 SF Short Wall | 0.00 LF Floor Perimeter |
| 0.00 SF Long Wall | | 0.00 LF Ceil. Perimeter |

| QUANTITY | UNIT PRICE | TAX | RCV | AGE/LIFE CONDITION | DEPREC. DEP % | ACV |
|---|---|---|---|---|---|---|
| Haul debris - per pickup truck load - including dump fees | | | | | | |
| 1.00 EA | 118.16 | 0.00 | 118.16 | | | 118.16 |

**Totals: Debris Removal**                         **0.00**      **118.16**                  **0.00**      **118.16**

**Line Item Totals: 36-16D0-21W**               **94.89**      **2,020.18**                **760.06**      **1,260.12**

## Grand Total Areas:

276.69  Exterior Wall Area

| | | |
|---|---|---|
| 2,600.91 Surface Area | 26.01 Number of Squares | 215.28 Total Perimeter Length |
| 90.78 Total Ridge Length | 2.47 Total Hip Length | |

Date:    4/12/2021 7:21 AM                                                                        Page: 6

SF.BATES_000305

Source - Eagle View - Source - Eagle View



Date:   4/12/2021 7:21 AM

Page: 7

SF.BATES_000306