IN THE UNITED STATES DISTRICT COURT FOR

THE WESTERN DISTRICT OF OKLAHOMA

THOMAS H. BATES,                 )
                                 )
             Plaintiff,          )
                                 )
v.                               ) Case No.
                                 ) CIV-21-00705-JD
STATE FARM FIRE AND CASUALTY )
COMPANY,                         )
                                 )
             Defendant.          )


REMOTE VIDEOCONFERENCE DEPOSITION OF

THOMAS HUGHES BATES

TAKEN ON BEHALF OF THE DEFENDANT

IN OKLAHOMA CITY, OKLAHOMA

MARCH 11, 2022

COMMENCING AT 9:05 A.M.

_____

INSTASCRIPT, LLC
125 PARK AVENUE, SUITE LL
OKLAHOMA CITY, OKLAHOMA 73102
schedule@instascript.net

Reported by:  Jeanna D. Whitten, CSR,

**EXHIBIT**

**10**

A P P E A R A N C E S


FOR THE PLAINTIFF:

          MS. SHAWNA L. LANDEROS
          Attorney at Law
          MILLER JOHNSON JONES ANTONISSE & WHITE
          500 Northwest 6th Street
          Suite 300
          Oklahoma City, Oklahoma 73102
          slanderos@mjjaw.com



FOR THE DEFENDANT:

          MS. PAULA M. WILLIAMS
          MS. ALYSON SCHUMAKER
          Attorneys at Law
          GABLEGOTWALS
          BOK Park Plaza
          499 West Sheridan Avenue
          Suite 2200
          Oklahoma City, Oklahoma 73102
          pwilliams@gablelaw.com


Also Present:

          Gary Bates
          Marian Bates
          Jake Conrady, Zoom technician

Thomas Bates
3/11/2022                                                                 Page: 3

T A B L E   O F   C O N T E N T S

                                                    PAGE

APPEARANCES . . . . . . . . . . . . . . . . . .    2

TABLE OF CONTENTS . . . . . . . . . . . . . .    3

STIPULATIONS. . . . . . . . . . . . . . . . .    4


                        W I T N E S S

THOMAS HUGHES BATES

    DIRECT EXAMINATION BY MS. WILLIAMS. . . .    6
    CROSS-EXAMINATION BY MS. LANDEROS . . . .   25

JURAT. . . . . . . . . . . . . . . . . . . . .   27

CERTIFICATE. . . . . . . . . . . . . . . . . .   28

ERRATA SHEET . . . . . . . . . . . . . . . . .   29

Thomas Bates
3/11/2022                                                                                                    Page: 4

S T I P U L A T I O N S

                IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their respective attorneys, that the video deposition of Thomas Hughes Bates may be taken on behalf of the Defendants on the 11th day of March, 2022, in Oklahoma City, Oklahoma, by Jeanna D. Whitten, Certified Shorthand Reporter for the State of Oklahoma, pursuant to Agreement.

                IT IS FURTHER STIPULATED AND AGREED by and between the parties hereto, through their respective attorneys, that all objections, except as to the form of the question and the responsiveness of the answer, are reserved until the time of trial, at which time they may be made with the same force and effect as if made at the time of the taking of this deposition.

                        ** ** ** ** **

Thomas Bates
3/11/2022                                                        Page: 24

Q    Mr. Bates, I am going to ask that question again.  I'm not sure if I heard your answer.  If you need a minute, that's okay.

What do you think would be a fair resolution of this case, if you know?

A    I can't say that I know.

Q    Okay.  Mr. Bates, in the Petition that was filed in this case, it says that you've suffered embarrassment, anxiety, frustration, and emotional distress.

Can you tell me about that?

A    Only that it happens.

Q    Okay.  Did you say that it happens?

A    To a certain degree.

Q    Okay.  Do you remember any of those feelings or conditions that -- that hap- -- that you think happened because of the things we have talked about today?

MS. LANDEROS:  Object to the form.

THE WITNESS:  I'm not sure about what you are talking about.

Q    (By Ms. Williams)  Okay.  Mr. Bates, is there anything that you think I should know about this insurance claim that we haven't talked about yet?