IN THE UNITED STATES DISTRICT COURT FOR

THE WESTERN DISTRICT OF OKLAHOMA


THOMAS H. BATES,                    )
                                    )
            Plaintiff,              )
                                    )
v.                                  ) Case No.
                                    ) CIV-21-00705-JD
STATE FARM FIRE AND CASUALTY        )
COMPANY,                            )
                                    )
            Defendant.              )


REMOTE VIDEOCONFERENCE DEPOSITION OF

GARY WAYNE BATES

TAKEN ON BEHALF OF THE DEFENDANT

IN OKLAHOMA CITY, OKLAHOMA

MARCH 11, 2022

COMMENCING AT 10:44 A.M.

_____


INSTASCRIPT, LLC
125 PARK AVENUE, SUITE LL
OKLAHOMA CITY, OKLAHOMA 73102
schedule@instascript.net


Reported by:  Jeanna D. Whitten, CSR,

EXHIBIT

11

A P P E A R A N C E S


FOR THE PLAINTIFF:

          MS. SHAWNA L. LANDEROS
          Attorney at Law
          MILLER JOHNSON JONES ANTONISSE & WHITE
          500 Northwest 6th Street
          Suite 300
          Oklahoma City, Oklahoma 73102
          slanderos@mjjaw.com



FOR THE DEFENDANT:

          MS. PAULA M. WILLIAMS
          MS. ALYSON SCHUMAKER
          Attorneys at Law
          GABLEGOTWALS
          BOK Park Plaza
          499 West Sheridan Avenue
          Suite 2200
          Oklahoma City, Oklahoma 73102
          pwilliams@gablelaw.com



Also Present:

          Marian Bates
          Jake Conrady, Zoom technician

T A B L E   O F   C O N T E N T S

                                                   PAGE

APPEARANCES . . . . . . . . . . . . . . . . . .    2

TABLE OF CONTENTS . . . . . . . . . . . . . . .

STIPULATIONS. . . . . . . . . . . . . . . . . .    7


              W I T N E S S

GARY WAYNE BATES

    DIRECT EXAMINATION BY MS. WILLIAMS. . . .  6
    CROSS-EXAMINATION BY MS. LANDEROS . . . . 76
    REDIRECT EXAMINATION BY MS. WILLIAMS. . . 80


         D E F E N D A N T ' S   E X H I B I T S

    NUMBER                                       PAGE

    1     CLAIM FILE EXCERPTS. . . . . . .    41

    2     OID COMPLAINT. . . . . . . . . .    60

    3     DOCUMENTS OUR OF STATE FARM
          CLAIM FILE . . . . . . . . . . .    65


JURAT. . . . . . . . . . . . . . . . . . . . .   87

CERTIFICATE. . . . . . . . . . . . . . . . . .   88

ERRATA SHEET . . . . . . . . . . . . . . . . .   89

S T I P U L A T I O N S

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their respective attorneys, that the video deposition of Gary Wayne Bates may be taken on behalf of the Defendants on the 11th day of March, 2022, in Oklahoma City, Oklahoma, by Jeanna D. Whitten, Certified Shorthand Reporter for the State of Oklahoma, pursuant to Agreement.

IT IS FURTHER STIPULATED AND AGREED by and between the parties hereto, through their respective attorneys, that all objections, except as to the form of the question and the responsiveness of the answer, are reserved until the time of trial, at which time they may be made with the same force and effect as if made at the time of the taking of this deposition.

** ** ** ** **

matter whatever opinion the engineer you hired would say because they were just going to hire someone that they knew would say what they wanted him to say?

A    Definitely.

MS. WILLIAMS:  Object to form.

You can answer.

THE WITNESS:  Definitely.

Q    (By Ms. Landeros)  When you were having conversations with your father and updating your father on what was going on with this claim, how was what was going on and State Farm's actions effecting the two of you?

A    I don't think it effected him a tremendous amount.  I mean, I'm sure he -- I think he worried more about me dealing with it than him having to deal with it because he knew he wasn't -- he really wasn't dealing with it much.  I mean, he probably lost some sleep.

I have definitely lost lots of sleep.  I grind my teeth at night to the point where my mouth is sore, including today.  My blood pressure is up about 50 points every time that an issue comes up with State Farm.  It was 172/92 or 177/92 today.  And it will go back down probably tomorrow, I hope.

Gary Bates
3/11/2022                                                                    Page: 80

Q    Has State Farm's conduct in dealing with this claim led to anxiety?

A    Oh, yeah, it's been very frustrating.

Q    If you had any hope for what this lawsuit may accomplish apart from, you know, a successful resolution for you, what would you -- what would you hope would be accomplished by this lawsuit?

A    Well, I would hope they would stop doing it to all the other people that we believe they are probably doing it to.  Deny, deny, deny.  That they would actually try to be a good neighbor and take care of their clients.

MS. LANDEROS:  I have no further questions, Gary.  Thank you.

MS. WILLIAMS:  I have a few follow-up.

REDIRECT EXAMINATION

BY MS. WILLIAMS:

Q    Mr. Bates, after we took a break, you have now recalled why you added OL coverage.  Is that right?

A    Yes.  I don't remember you asking me that question.

Q    Okay.  And you said that you are fairly sure that the Elwood property is not code compliant.  Have you seen the decking at the Elwood