**COURTROOM MINUTE SHEET**                                    DATE <u>November 1, 2022</u>

CIVIL CASE NO. <u>CIV-21-00705-JD</u>

<u>BATES -v- STATE FARM FIRE AND CASUALTY COMPANY</u>

PROCEEDINGS: <u>JURY SELECTION and JURY TRIAL</u>

COMMENCED: <u>8:00 a.m.</u>     ENDED <u>8:35 a.m.</u>

COMMENCED: <u>9:35 a.m.</u>     ENDED <u>11:35 a.m.</u>

COMMENCED: <u>1:00 p.m.</u>     ENDED <u>2:30 p.m.</u>

COMMENCED: <u>2:50 p.m.</u>     ENDED <u>5:00 p.m.</u>     TOTAL TIME: <u>6 hours and 15 minutes</u>

JUDGE <u>JODI W. DISHMAN</u>   DEPUTY CLERK <u>NYSSA VASQUEZ</u>   REPORTER <u>CASSY KERR</u>

Plaintiff's counsel: <u>Robert Bradley Miller, Esq. and Shawna L. Landeros, Esq. with Plaintiff Thomas Bates (Janna McGuire joins later)</u>

Defendant's counsel: <u>Lance E. Leffel, Esq., Paula M. Williams, Esq., and Taylor J. Freeman Peshehonoff, Esq. and Janet Wright (paralegal) with Carmen Richwine (Team Manager State Farm)</u>

<u>Parties announce ready.</u>

<u>MINUTE</u>: Outside the presence of the jury, the Court addresses the following items: Counsel announce they are ready for trial; Counsel have resolved the issue of Gary Bates' presence at trial and both parties confirm their approval of the Court's sequestration instruction; Preadmission of exhibits discussed and both parties agree to preadmission of the joint exhibits to be right before opening statements. Plaintiff raises stipulations 9 through 12 of the Final Pretrial Report would be read in connection with Jaqueline Draper's testimony (anticipated Wednesday). The Court will reserve its ruling on Defendant's objection. No objection by either party as to the Court's preliminary instructions, the Court publishes juror questionnaire with no objection by counsel to questions; Order of witnesses discussed; no questions or comments from either side as to this Court's Order [Doc. No. 106] re: deposition designations and objections; Counsel Shawna Landeros for Plaintiff, and counsel Taylor Peshehonoff and paralegal Janet Wright for Defendant, will confirm exhibits admitted with Courtroom Deputy Nyssa Vasquez at the end of each trial day; courtroom decorum discussed.

Following this hearing, the jury was brought in to begin selection.

Court reads summary of the parties' positions in this civil case.

Jury duly empaneled.

Recess for Lunch. Court gives jury admonition upon recess.

Jury sworn.

Court gives jury a preliminary instruction.

Rule invoked by motion of defendant.    No objection by plaintiff.

Plaintiff and Defendant make opening statements.

Plaintiff begins its case in chief with testimony of witness.

| WITNESSES FOR PLAINTIFF: | WITNESSES FOR DEFENDANT: |
|---|---|
| 1. Gary Bates, son of Plaintiff | 1. None today |

Joint exhibits admitted: JX1 through JX29 admitted.
Plaintiff exhibits admitted: none today.
Defendant exhibits admitted: DX001.

MINUTE: Court gives jury admonition upon recess. Court adjourns to Wednesday, November 2, 2022, at 9:00 a.m. and releases jurors for the day with direction to report to jury assembly room by 8:30 a.m. Counsel and the parties are directed to report to courtroom 502 at 8:15 a.m. before the jurors are brought in tomorrow morning (11/2/2022).

Authority cited during hearing by Court:
1. Fed. R. Evid. 611
2. *United States v. Banks*, 761 F.3d 1163 (10th Cir. 2014)
3. *Thweatt v. Ontko*, 814 F.2d 1466 (10th Cir. 1987)