**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| THOMAS H. BATES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Case No. CIV-21-00705-JD |
| | ) |
| STATE FARM FIRE AND | ) |
| CASUALTY COMPANY, | ) |
| | ) |
| Defendant. | |

**<u>JURY QUESTIONS, RESPONSES, AND NOTES</u>**

How late will we deliberate this evening?

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| THOMAS H. BATES, | ) |
| Plaintiff, | ) ) ) |
| v. | ) )  Case No. CIV-21-00705-JD |
| STATE FARM FIRE AND CASUALTY COMPANY, | ) ) ) ) |
| Defendant. | ) ) |

## RESPONSE TO JURY NOTE # 1

**Ladies and Gentlemen of the Jury:**

You have asked how late you will deliberate this evening. When you are ready to recess for the evening please send me a note and I will have you rejoin us in the courtroom for the recess admonition.

_____
JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE

Judge,

Could you please give us a definition of the word reckless?

[redacted]

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| THOMAS H. BATES, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. CIV-21-00705-JD |
| STATE FARM FIRE AND CASUALTY COMPANY, | ) ) ) ) |
| Defendant. | ) |

### RESPONSE TO JURY NOTE # 2

**Ladies and Gentlemen of the Jury:**

You have asked whether "could you please give us a definition of the word reckless?" You have all the evidence and jury instructions that you need to come to a verdict. Please continue with your deliberations.

_____
JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE

Judge we have reached verdict.