IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

THOMAS H. BATES, )
        Plaintiff, )
v. ) Case No. CIV-21-00705-JD
STATE FARM FIRE AND CASUALTY )
COMPANY, )
        Defendant. )

## VERDICT FORM

**I.  Breach of Contract Claim**

We the jury, duly empaneled and sworn in the above-entitled case, unanimously find by the greater weight of the evidence as follows on Plaintiff Thomas H. Bates's Breach of Contract Claim brought against Defendant State Farm Fire and Casualty Company:

A. __X__     In favor of Plaintiff, Thomas H. Bates, on his Breach of Contract Claim, and we award Plaintiff $ _15,800.00_ in actual damages on this claim.

**OR**

B. _____     In favor of Defendant, State Farm Fire and Casualty Company, on Plaintiff Thomas H. Bates's Breach of Contract Claim.

**II.  Breach of the Duty of Good Faith and Fair Dealing Claim (Bad Faith Claim)**

We the jury, duly empaneled and sworn in the above-entitled case, unanimously find by the greater weight of the evidence as follows on Plaintiff Thomas H. Bates's Breach of the Duty of Good Faith and Fair Dealing Claim (Bad Faith Claim) brought against Defendant State Farm Fire and Casualty Company:

A. __X__     In favor of Plaintiff, Thomas H. Bates, on his Bad Faith Claim, and we award Plaintiff $ _325,000.00_ in actual damages on this claim.

**OR**

B. _____     In favor of Defendant, State Farm Fire and Casualty Company, on Plaintiff Thomas H. Bates's Bad Faith Claim.

### III. Additional Findings

If you found in favor of Plaintiff Thomas H. Bates on the Breach of Duty of Good Faith and Fair Dealing Claim (Bad Faith Claim), then you must answer the following questions. If you did not find in favor of Thomas H. Bates on the Breach of Duty of Good Faith and Fair Dealing Claim (Bad Faith Claim), then skip these questions and date and sign the verdict form at the bottom.

1. We the jury, duly empaneled and sworn in the above-entitled case,

   do _____ [**OR**] do not __X__ (check one)

   unanimously find by clear and convincing evidence that Defendant, State Farm Fire and Casualty Company, recklessly disregarded its duty to deal fairly and act in good faith with Plaintiff, Thomas H. Bates.

2. We the jury, duly empaneled and sworn in the above-entitled case,

   do _____ [**OR**] do not __X__ (check one)

   unanimously find by clear and convincing evidence that Defendant, State Farm Fire and Casualty Company, intentionally and with malice breached its duty to deal fairly and act in good faith with Plaintiff, Thomas H. Bates.

Please sign and date the verdict form at the bottom.

DATED this __7th__ day of November 2022.



FOREPERSON