## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| THOMAS H. BATES, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. CIV-21-00705-JD |
| STATE FARM FIRE AND CASUALTY COMPANY, | ) ) ) ) |
| Defendant. | ) ) |

## JUDGMENT

This action came before the Court for a trial by jury. The issues have been tried and on November 7, 2022, the jury rendered its unanimous verdict.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Plaintiff Thomas H. Bates against Defendant State Farm Fire and Casualty Company in the amount of $15,800.00 in actual damages on the breach of contract claim, and in the amount of $325,000.00 in actual damages on the breach of the duty of good faith and fair dealing claim (bad faith claim).

ENTERED this 8th day of November 2022.

_____
JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE