From: batesgm@aol.com
To: shari.bivins.dfyc@statefarm.com <shari.bivins.dfyc@statefarm.com>
Sent: Mon, Apr 5, 2021 10:48 am
Subject: Re: [EXTERNAL] 36-16D0-21W

thank you for trying.  I left a review on BBB, but not surprising there are plenty of 1 star bad reviews.  I think State Farm just doesn't care, and they are not accredited by the BBB, I guess too many issues.  I did file with the State Insurance commission as well.  Can you explain how there is hail damage to the roof vents, flashing , & vent cover, as well as the Garage door, screens and window glazing, but miraculously did not damage the shingles.  Have you seen the photos.  I did,  small circular black spots.    The claims division has some explaining to do.  I guess it may come down to a jury, and the public opinion of insurance companies is not so favorable.
Thanks again
Gary Bates

-----Original Message-----
From: Shari Bivins <shari.bivins.dfyc@statefarm.com>
To: GARY Bates <batesgm@aol.com>
Sent: Mon, Apr 5, 2021 10:35 am
Subject: RE: [EXTERNAL] 36-16D0-21W

We have worked directly with claims to try to resolve this for you.  I am sorry we have been unable to resolve this claim for you.  If you feel a complaint is still necessary you should direct them to State Farm in Bloomington Illinois.   That is the best address to use.

Shari Bivins

---

**From:** GARY Bates [mailto:batesgm@aol.com]
**Sent:** Monday, April 5, 2021 8:37 AM
**To:** Shari Bivins <shari.bivins.dfyc@statefarm.com>
**Subject:** Re: [EXTERNAL] 36-16D0-21W

Ms Bivins
Can you please tell me which field office we are dealing with.  The BBB and Insurance commission requires a specific location.  I am aware that different field offices have different policies  and procedures   And by the way. State Farm is NOT  "like a good neighbor ". They should spend less money hiring high profile celebrities for their advertising and more on serving their customers
Sincerely
Gary Bates

Sent from my iPhone

> On Apr 2, 2021, at 2:22 PM, GARY Bates <batesgm@aol.com> wrote:
>
> Can you tell me which claims office we are dealing with.  Seems to be several locations
>
> Sent from my iPhone

1

**JX23.001**
Bates 0145

On Apr 2, 2021, at 8:12 AM, Shari Bivins <shari.bivins.dfyc@statefarm.com> wrote:

A claims representative will likely not speak with you without your fathers consent. I would suggest having your father present when you initiate the conversation.   The contact number for the claim is (844) 458-4300   ext. 66

**From:** GARY Bates [mailto:batesgm@aol.com]
**Sent:** Thursday, April 1, 2021 4:58 PM
**To:** Shari Bivins <shari.bivins.dfyc@statefarm.com>
**Subject:** Re: [EXTERNAL] 36-16D0-21W

Please contact me about this issue and not my 96 year old father.  He is confused and upset over this matter  and would not understand what you are saying    Did you understand that.  96 years old!!  My contact information is
Gary Bates
405 921 8416

Again I can't stress enough how disappointed I am with State Farm and their "parties".  Tell your claims division the eyewitnesses of the roof state hail damage.  Maybe the other "parties " should climb up and take a look

Sent from my iPhone

> On Apr 1, 2021, at 3:58 PM, Shari Bivins <shari.bivins.dfyc@statefarm.com> wrote:
>
> I have spoken with our claims division who makes all decisions on claims.   Several parties have reviewed the photos provided by the field adjuster and  the additional photos provided by Jonathan.   At this time they are upholding the denial of coverage on the roof.  I was advised the denial is due to the wear and tear on the roof.    There is an option that can be pursued when you disagree with a claims decision.  You can hire an engineer to do an evaluation of the roof.  State Farm would also hire an independent engineer.   I requested for a claims representative to reach out to your father and Jonathan to go over this option.   I hope this option will allow resolution for this issue.
>
> Shari Bivins
>
> **From:** batesgm@aol.com [mailto:batesgm@aol.com]
> **Sent:** Tuesday, March 30, 2021 4:18 PM
> **To:** Shari Bivins <shari.bivins.dfyc@statefarm.com>
> **Subject:** [EXTERNAL] 36-16D0-21W
>
> Ms. Bivens
>
> I am writing on behalf of my father Thomas Bates, who is a 96 year old decorated World War II veteran, and is not to be taken advantage of.  It's a travesty that his roof claim of hail damage was denied by a "new" supervisor after looking at a photo!   OF which I hear she denies plenty

2

of claims...I guess the insurance industry doesn't make money by paying claims...reminds me of Erin Brakovich movie.. What ever happened to great customer service.  Tom Bates has been a faithful State Farm customer for many, many years...very loyal customer...2 experts were on the roof at 2605 Elwood Drive, one was your adjustor, and the other our roofer, Jonathan Marks, who has been a long time adjuster & supervisor as well.  Both agreed it was obvious hail damage.  Is someone really looking at a photo and making a decision based on that.?   A picture may be worth a thousand words, but an eyewitness inspection is priceless.  Based on the facts I believe my dad deserves to have another inspection. 2 people vs someone sitting at a desk, who are you going to believe?
I wonder what the Better Business Bureau would think of this case, or better yet, News 4 In Your Corner, (they are the champion for  people being taken advantage of)

Please advise of how we proceed from here.

Sincerely
Gary Bates

Sent from my iPhone

3

**JX23.003**
**Bates 0147**