

**McGuire Courtroom Services LLC**
2118 Turtle Creek Way
Norman, OK  73071
(512)870-7117
janna@mcguirecs.com
http://www.mcguirecs.com

**BILL TO**
Brad Miller
Miller and johnson, PLLC
500 NW 6th Street, Suite 300
Oklahoma City, OK  73102

**INVOICE 3260**

**DATE** 11/08/2022    **TERMS** Net 30

**DUE DATE** 12/08/2022

**MATTER:**
Bates v. State Farm

| DATE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 10/12/2022 | Download files from client; sync Mendoza videos (both views); setup OnCue database and load deposition PDFs and Mendoza video Depo. | 1.50 | 185.00 | 277.50 |
| 10/12/2022 | Synchron fees for Mendoza (2 views) | 2 | 45.00 | 90.00 |
| 10/17/2022 | Load JX and PX exhibits; work on editing Mendoza video; meeting with B. Miller regarding miscellaneous trial prep. | 4.50 | 185.00 | 832.50 |
| 10/19/2022 | Work on Mendoza video editing including importing Defendant's counter designations and affirmative designations and our counters; prepare report to provide to client with all designations combined; edit all designations into on merged video; export video and upload for client review. | 4 | 185.00 | 740.00 |
| 10/20/2022 | Load DX exhibits into OnCue; preparation of Hail Damage "Constellation" demonstrative with morphing and send draft to B. Miller for review; download additional video. | 2.25 | 185.00 | 416.25 |
| 10/21/2022 | Prepare Adjustor Log Demonstrative: send draft of same for review; prepare pre-annotations on the text messages from PX3.9; correspondence and TC with B. Miller regarding demonstratives; send prepared demonstrative of Text Exchange demonstrative to B. Miller for review; make revisions to Hail Damage "Constellation" demonstrative and email to B. Miller for review. | 4.50 | 185.00 | 832.50 |
| 10/24/2022 | TC with B. Miller regarding revisions to demonstratives; work on revisions to same and forward for review; correspondence with B. Miller and S. Landeros regarding Remote witness setup. | 3.25 | 185.00 | 601.25 |
| 10/25/2022 | Make revisions to Hail Damage Constellation Demostrative and send to B. Miller for review; correspondence with court clerk regarding available presentation equipment. | 1 | 185.00 | 185.00 |

EXHIBIT

_____7_____

| DATE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 10/27/2022 | Correspondence with B. Miller and S. Landeros re: remote witness testing arrangements; TC with B. Miller re: trial status and forthcoming changes to Exhibit numbering. | 0.50 | 185.00 | 92.50 |
| 10/28/2022 | Check Mendoza video for training video playback and correspondence with B. Miller re: same. | 0.50 | 185.00 | 92.50 |
| 10/31/2022 | Courtroom equipment and remote witness testing; download new exhibit sets and replace all in database; review Jacome outline and email B. Miller re: issues found; correspondence with S. Landeros re: trial preparations; receipt of withdrawals of designations and rulings on objections to Mendoza deposition; make edits to same and export revised video and report for same. | 7.75 | 185.00 | 1,433.75 |
| 11/01/2022 | Trial Day 1 - assist with presentation of evidence. | 8 | 185.00 | 1,480.00 |
| 11/02/2022 | Trial Day 2 - assist with presentation of evidence. | 10.25 | 185.00 | 1,896.25 |
| 11/03/2022 | Trial Day 3 - assist with presentation of evidence. | 11.75 | 185.00 | 2,173.75 |
| 11/04/2022 | Trial Day 4 - assist with presentation of evidence. | 10.25 | 185.00 | 1,896.25 |
| 11/06/2022 | Pre-annotate images for Vandorn cross-examination. | 0.50 | 185.00 | 92.50 |
| 11/07/2022 | Trial Day 5 - assist with presentation of evidence. | 10.75 | 185.00 | 1,988.75 |

| TOTAL DUE | $15,121.25 |
|---|---|