## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

THOMAS H. BATES,                        )
                                    )
    Plaintiff,           )
                                    )
v.                                      )   Case No. CIV-21-00705-JD
                                    )
STATE FARM FIRE AND CASUALTY            )
COMPANY,                                )
                                    )
    Defendant.           )

## <u>ORDER</u>

Before the Court is a Joint Notice of Settlement ("Notice"). [Doc. No. 141]. The Notice advises that the parties have reached an agreement regarding all matters litigated in this case, including Plaintiff's Amended Motion for Attorney Fees and Pre-Judgment Interest ("Motion") [Doc. No. 140]. In light of this Notice and the settlement between the parties, the Court DENIES Plaintiff's Amended Motion for Attorney Fees and Pre-Judgment Interest [Doc. No. 140] as moot and without prejudice.

IT IS SO ORDERED this 15th day of February 2023.

_____
JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE