# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| THOMAS H. BATES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-21-00705-JD |
| | ) |
| STATE FARM FIRE AND CASUALTY COMPANY, | ) |
| | ) |
| Defendant. | ) |

## RELEASE AND SATISFACTION OF JUDGMENT

Plaintiff, Thomas H. Bates, does hereby acknowledge receipt from the Defendant, State Farm Fire & Casualty Company ("State Farm"), a negotiated settlement amount that resolves (1) the amount due upon the judgment entered and filed by the Court on November 8, 2022, in favor of Plaintiff and against State Farm in the principal sum of $340,800.00 (the "Judgment") and (2) an additional negotiated sum to resolve both Plaintiff's Amended Motion for Attorney Fees and Pre-Judgment Interest [Doc. 140] and Plaintiff's Bill of Costs [Doc. 138].

Said sums are received and accepted by Plaintiff in full satisfaction of the Judgment and all outstanding issues in the case, and in full payment and satisfaction of any and all liens and claims in and to the proceeds of the Judgment. Plaintiff Thomas H. Bates does hereby release, acquit, and forever discharge State Farm, its successors and assigns, in respect to the Judgment and any related fees, costs, or interest associated with this case.

{S636371;2}

This Release and Satisfaction of Judgment shall be filed in the office of the Clerk of Court, and said Clerk is hereby authorized and directed to enter said Release and Satisfaction of Judgment on the judgment docket of said Court and to release the Judgment of record.

        Respectfully submitted,

        /s/ Lance E. Leffel
        Lance E. Leffel, OBA #19511
        Paula M. Williams, OBA #30772
        Taylor J. Freeman Peshehonoff, OBA# 34424
        GABLEGOTWALS
        BOK Park Plaza
        499 W. Sheridan Avenue, Suite 2200
        Oklahoma City, OK 73102
        T: (405) 235-5500
        F: (405) 235-2875
        lleffel@gablelaw.com
        pwilliams@gablelaw.com
        tpeshehonoff@gablelaw.com
        ***Attorneys for Defendant***

        /s/ Shawna L. Landeros *(with permission)*
        Brad Miller, OBA #11437
        J. Logan Johnson, OBA #12722
        Shawna L. Landeros, OBA #31637
        MILLER JOHNSON JONES ANTONISSE & WHITE, PLLC
        500 N.W. 6th Street, Suite 300
        Oklahoma City, OK 73102-1219
        ***Counsel for Plaintiff***

## CERTIFICATE OF SERVICE

    I hereby certify that on March 21, 2023, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Brad Miller, OBA #11437
J. Logan Johnson, OBA #12722
Shawna L. Landeros, OBA #31637
MILLER JOHNSON JONES
ANTONISSE & WHITE, PLLC
500 N.W. 6th Street, Suite 300
Oklahoma City, OK 73102-1219
*Counsel for Plaintiffs*

                                                /s/ Lance E. Leffel
                                                Lance E. Leffel

{S636371;2}