# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

Date: September 11, 2023

| | |
|---|---|
| THOMAS H. BATES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. CIV-21-00705-JD |
| | ) |
| STATE FARM FIRE AND CASUALTY COMPANY, | ) |
| | ) |
| Defendant. | ) |

## ENTER ORDER:

The Court has become aware that a non-party ordered a copy of Sharon Arnold's trial testimony. During that testimony, the Court had to inquire of the attorneys and a juror on an unrelated issue. The Court sua sponte ORDERS that that aspect of the transcript be sealed and redacted. No part of Sharon Arnold's testimony should be redacted or sealed, only the portion dealing with the inquiry of the attorneys and a juror on an unrelated issue.

ENTERED AT THE DIRECTION OF THE HONORABLE JODI W. DISHMAN.

CARMELITA REEDER SHINN, CLERK

By: __/s/ Nyssa Vasquez__
Deputy Clerk